AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>TWITTER, INC. and X CORP.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 23-cv-01788-AGT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  X Corp.
C T CORPORATION SYSTEM, REGISTERED AGENT
701 S CARSON ST, STE 200,
Carson City, NV, 89701, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shannon Liss-Riordan
Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston St, Suite 2000
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

*Karen Horman*
*Signature of Clerk or Deputy Clerk*

Date:  4/19/2023

| Attorney or Party without Attorney: Shannon Liss-Riordan, Esq. ( LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street Suite 2000 Boston, MA 02116 Telephone No: 617-994-5800 Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: USDC-Northern District of California |
|---|
| Plaintiff: EITAN ADLER, et al. Defendant: TWITTER, INC. and X CORP. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:23-cv-01788-AGT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint and Jury Demand

3. a. Party served:      X Corp.
   b. Person served:    Ana Gomes, Intake Specialist, CT Corporation System, Registered Agent, Served under FRCP Rule 4

4. Address where the party was served:    701 S Carson St 200, Carson City, NV 89701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Apr 24 2023 (2) at: 02:05 PM

6. **Person Who Served Papers:**
   a. Toni Ruckman (R-2020-00063, Washoe)
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. **The Fee** for Service was:

7. *I declare under penalty of perjury that the foregoing is true and correct.*

04/24/2023
(Date)

(Signature)



PROOF OF SERVICE

8749770
(365581)