MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
TWITTER, INC. and X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TWITTER, INC., AND X CORP.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS AND REPRESENTATIVE PAGA CLAIMS**<br><br>Date:     June 22, 2023<br>Time:    10:00 a.m.<br>Judge:   Honorable James Donato |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 3:23-cv -01788-JD

[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC., AND X CORP.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS AND REPRESENTATIVE PAGA CLAIMS

# [PROPOSED] ORDER

Defendants Twitter, Inc., and X Corp.'s Motion to Compel Individual Arbitration and Dismiss Class and Representative PAGA Claims came on for hearing on June 22, 2023, the Honorable James Donato presiding.  The Parties were represented by their respective counsel of record.  This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Defendants Twitter, Inc. and X Corp.'s Motion to Compel Individual Arbitration and Dismiss Class and Representative PAGA Claims.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiff is hereby ordered to submit his claims to binding arbitration on an individual basis only.

2. Plaintiff's class and representative PAGA claims are dismissed.

3. Plaintiff's lawsuit is hereby dismissed in its entirety.

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law

- 1 -   Case No. 3:23-cv-01788-JD
[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC., AND X CORP.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS AND REPRESENTATIVE PAGA CLAIMS