```
MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendants
TWITTER, INC. and X CORP.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-CV-01788-JD<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF BRIAN BERRY** |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

I, Brian D. Berry of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorneys of record, on behalf of Defendants TWITTER, INC. and X CORP. ("Defendants") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' NOTICE OF
APPEARANCE OF BRIAN BERRY
CASE NO. 3:23-CV-01788-JD

address, telephone and facsimile numbers, and e-mail address are below.  Defendants request that I be added to the docket and that e-mail notifications be sent to the email address below.

> Brian D. Berry, Bar No. 229893
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105-1596
> Tel:   +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: brian.berry@morganlewis.com

Dated: May 26, 2023               MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Brian D. Berry*
 Eric Meckley
 Brian D. Berry
 Attorneys for Defendants
 TWITTER, INC. and X CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' NOTICE OF
APPEARANCE OF BRIAN BERRY
CASE NO. 3:23-CV-01788-JD