MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendants
TWITTER, INC. and X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-CV-01788-JD<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF KASSIA STEPHENSON** |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

    I, Kassia Stephenson of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorneys of record, on behalf of Defendants TWITTER, INC. and X CORP. ("Defendants") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers, and e-mail address are below. Defendants request that

1  I be added to the docket and that e-mail notifications be sent to the email address below.

        Kassia Stephenson, Bar No. 336175
        MORGAN, LEWIS & BOCKIUS, LLP
        One Market, Spear Street Tower
        San Francisco, CA  94105-1596
        Tel:    +1.415.442.1000
        Fax:   +1.415.442.1001
        Email: kassia.stephenson@morganlewis.com

Dated: May 26, 2023                                        MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kassia Stephenson*
     Eric Meckley
     Brian D. Berry
     Ashlee N. Cherry
     Kassia Stephenson
     Attorneys for Defendants
     TWITTER, INC. and X CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' NOTICE OF
APPEARANCE OF KASSIA STEPHENSON
CASE NO. 3:23-CV-01788-JD