1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   Kassia Stephenson, Bar No. 336175
4  kassia.stephenson@morganlewis.com
   One Market, Spear Street Tower
5  San Francisco, CA  94105-1596
   Tel:    +1.415.442.1000
6  Fax:    +1.415.442.1001

7  MORGAN, LEWIS & BOCKIUS LLP
   Ashlee N. Cherry, Bar No. 312731
8  ashlee.cherry@morganlewis.com
   1400 Page Mill Road
9  Palo Alto, CA  94304
   Tel:    +1.650.843.4000
10 Fax:    +1.650.843.4001

11 Attorneys for Defendants
   TWITTER, INC. and X CORP.
12

13               UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 EITAN ADLER, on behalf of himself and all        Case No. 3:23-CV-01788-JD
   others similarly situated,
17                                                   **DEFENDANTS' NOTICE OF**
                       Plaintiff,                    **APPEARANCE OF ASHLEE**
18                                                   **CHERRY**
                 vs.
19
   TWITTER, INC. and X CORP.,
20
                       Defendants.
21

22

23 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24       PLEASE TAKE NOTICE that I, Ashlee Cherry of Morgan, Lewis & Bockius LLP,

25 hereby appear as an additional attorney of record on behalf of Defendants TWITTER, INC. and X

26 CORP. ("Defendants") in the above-captioned action.  I am a member of the State Bar of

27 California and admitted to practice in the Northern District of California.  My address, telephone

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 45886830.1

1    and facsimile numbers and e-mail address are below.  Defendants request that I be added to the

2    docket and e-mail notifications sent to the email address below.

3                                Ashlee N. Cherry, Bar No. 312731
                              MORGAN, LEWIS & BOCKIUS LLP
4                                1400 Page Mill Road
                              Palo Alto, CA  94304
5                                Tel:    +1.650.843.4000
                              Fax:    +1.650.843.4001
6                                Email:  ashlee.cherry@morganlewis.com

7

8    Dated: May 26, 2023                          MORGAN, LEWIS & BOCKIUS LLP

9

10                                               By    /s/ Ashlee Cherry
                                                      Eric Meckley
11                                                    Brian D. Berry
                                                      Ashlee N. Cherry
12                                                    Kassia Stephenson
                                                      Attorneys for Defendants
13                                                    TWITTER, INC. and X CORP.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' NOTICE OF
APPEARANCE OF ASHLEE CHERRY
CASE NO. 3:23-CV-01788-JD

DB2/ 45886830.1