# Exhibit A

SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,*
*on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF EITAN ADLER IN OPPOSITION TO DEFENDANTS TWITTER INC. AND X CORP.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS AND REPRESENTATIVE PAGA CLAIMS** |

I, Eitan Adler, hereby declare:

1.  On May 27, 2015, Twitter sent me an offer of employment, with an employment start date of June 29, 2015. The Company also provided me with a copy of the Company's Dispute Resolution Agreement (the "Agreement") on May 27, 2015.

2.  On May 30, 2015, I accepted Twitter's offer of employment and also signed the Agreement.

3.  Shortly thereafter, I decided to opt out of the Agreement. Therefore, as directed by the Agreement, on June 11, 2015, I emailed Twitter's Human Resources Department at hr@twitter.com to request a copy of the Dispute Resolution Agreement Opt Out Form (the "Form"). A true and accurate copy of the email I sent to hr@twitter.com on June 11, 2015, is attached as part of Exhibit B to Plaintiff's Opposition to Defendants Twitter Inc. and X Corp.'s Motion to Compel Individual Arbitration and Dismiss Class and Representative PAGA Claims.

4.  However, my email was blocked by Twitter's system, and therefore was not delivered. A true and accurate copy of the error message I received in response to the email I sent to hr@twitter.com on June 11, 2015, is attached as part of Exhibit B to Plaintiff's Opposition to Defendants Twitter Inc. and X Corp.'s Motion to Compel Individual Arbitration and Dismiss Class and Representative PAGA Claims.

5.  The Agreement did not include any other directions on how I could obtain the Form. As such, I needed to wait until my employment with Twitter started in order to follow up on my June 11th request and obtain a copy of the Form.

6.  On June 29, 2015, which was more than thirty (30) days after Twitter sent me the Agreement, I began his employment with Twitter.

7.  On July 1, 2015, I contacted Twitter's Human Resources Department about my June 11th request to opt out of arbitration.

1

DECLARATION OF EITAN ADLER IN OPPOSITION TO DEFENDANTS TWITTER INC. AND X CORP.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS AND REPRESENTATIVE PAGA CLAIMS

8. On July 2, 2015, I explained to Cheryl Palarca, a Human Resources representative, that I attempted to obtain a copy of the Form on June 11th by emailing hr@twitter.com, but that my email was rejected by the Company's system. A true and copy of my written communications with Ms. Palarca is attached as Exhibit C to Plaintiff's Opposition to Defendants Twitter Inc. and X Corp.'s Motion to Compel Individual Arbitration and Dismiss Class and Representative PAGA Claims.

9. Ms. Palarca advised me that "[s]ince you were not an employee on 6/11, [the HR System] didn't recognize you."

10. Ms. Palarca also instructed me to forward her copies of my June 11th email and the error message, which I did.

11. On July 6, 2015, Ms. Palarca sent me a copy of the Form and told me to return a completed copy to her, which I did.

12. Ms. Palarca told me that she would complete the HR section of the Form confirming that I timely rejected Twitter's arbitration agreement and that she would place the complete Form in my human resources file.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct.

Executed on 06/02/2023, at San Francisco, California

*Eitan Adler*
Eitan Adler

2

DECLARATION OF EITAN ADLER IN OPPOSITION TO DEFENDANTS TWITTER INC. AND X CORP.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS AND REPRESENTATIVE PAGA CLAIMS