# Exhibit B

**dispute resolution opt out form**

2 messages

**Eitan Adler** <eitan@eitanadler.com>   Thu, Jun 11, 2015 at 2:07 PM
To: hr@twitter.com

Hi,

Could I please have the form required to opt-out of arbitration per my hiring agreement?

--
Eitan Adler

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>   Thu, Jun 11, 2015 at 2:08 PM
To: eitan@eitanadler.com

Hello eitan@eitanadler.com,

We're writing to let you know that the group you tried to contact (hr) may not exist, or you may not have permission to post messages to the group. A few more details on why you weren't able to post:

* You might have spelled or formatted the group name incorrectly.
* The owner of the group may have removed this group.
* You may need to join the group before receiving permission to post.
* This group may not be open to posting.

If you have questions related to this or any other Google Group, visit the Help Center at http://support.google.com/a/twitter.com/bin/topic.py?topic=25838.

Thanks,

twitter.com admins


----- Original message -----

X-Received: by 10.42.177.198 with SMTP id bj6mr13377858icb.0.1434056886464;
Thu, 11 Jun 2015 14:08:06 -0700 (PDT)
Return-Path: <eitan@eitanadler.com>
Received: from mail-ig0-x236.google.com (mail-ig0-x236.google.com. [2607:f8b0:4001:c05::236])
by        mx.google.com with ESMTPS id if9si1669827igb.26.2015.06.11.14.08.06
for <     hr@twitter.com>
(version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-      SHA256 bits=128/128);
Thu, 11 Jun 2015 14:08:06 -0700 (PDT)
Received-SPF: pass (google.com: domain of eitan@eitanadler.com designates 2607:f8b0:4001:c05::236 as permitted sender) client-ip=2607:f8b0:4001:c05::236;
Authentication-Results: mx.google.com;
spf=pass (      google.com: domain of eitan@eitanadler.com designates 2607:f8b0:4001:c05::236 as permitted sender)
smtp.mail=eitan@eitanadler.com;
dkim=pass header.i=@      eitanadler.com
Received: by igbsb11 with SMTP id sb11so12756337igb.0
for <     hr@twitter.com>; Thu, 11 Jun 2015 14:08:06 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=      eitanadler.com; s=0xdeadbeef;

h=mime-version:from:date: message-id:subject:to:content-type;
bh= quyYEwm0heY8YoCLCZfzAFzuOtNil/FJEPpeVjfdj7k=;
b= Nj65vKyreS4gh1Bbzo5ytn5IvICw7HLouITDao01pI7mybAGDWEYG3u8BEgPPOyvce StLJbz/DRVVoyRxv+MqKeq6/ nGJdTqoos2NKDkqiuRx0m9Z8TnL8MOy/brizRTiRaM/t KvuvdmBwg7Nzigu3c6mzNug4puDM92 WPddF04=
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d= 1e100.net; s=20130820;
h=x-gm-message-state:mime- version:from:date:message-id:subject:to
:content-type;
bh= quyYEwm0heY8YoCLCZfzAFzuOtNil/FJEPpeVjfdj7k=;
b= A45PpO7M8QptaiyM0vyUyhC6xIxIqUbDAVQbacHx104BoNYDW0o0NalYF87suerjOI VWzrJRncXqm61JdLVKpMPl0MlKJz1E uOnLfLTm9RtYmAghn1c5rMUHpZkYNPO4mF6Exz maKJ9Zjw9p+OvgzufG03QFSBc5qn1+ zCz9WQZ9UQm0K5Y1JkQ4lENg/e4Jstm+c8//7P H62LTB8wDm0yfN9xy6VQ/ p2iFq5AL8CfupQZ7ShjDdlOMwJq8UNQOiqLtEAHqEA5IGQg pssTstUO4LXgRdBijuawIcf83D0Mxt 9BPHRGqdP9LmhfkIzUvtOAtkZqWg+ut3nE/ear LDAA==
X-Gm-Message-State: ALoCoQl4JA6qfGnn+6Vd4Fpgc1MDxdO7p9LOcHgjWkpWmKflWku7jWvMbocS6mR0SCw2x+YbCW+r
X-Received: by 10.50.79.202 with SMTP id l10mr318617igx.7.1434056885913; Thu,
11 Jun 2015 14:08:05 -0700 (PDT)
MIME-Version: 1.0
Received: by 10.50.21.3 with HTTP; Thu, 11 Jun 2015 14:07:44 -0700 (PDT)
From: Eitan Adler <eitan@eitanadler.com>
Date: Thu, 11 Jun 2015 14:07:44 -0700
Message-ID: <CAEz32esbFW3WiqXbL9UgFnZvAmc4J9atC_HWVvzRmnbKytht8A@mail.gmail.com>
Subject: dispute resolution opt out form
To: hr@twitter.com
Content-Type: text/plain; charset=UTF-8

[Quoted text hidden]