# Exhibit C



**Eitan Adler <eax@twitter.com>**

# [JIRA] (HR-20925) dispute resolution opt out form
11 messages

**[JIRA]** <jira@twitter.com>  
To: eax@twitter.com

Wed, Jul 1, 2015 at 11:29 PM

 Emily Strawn **updated** an issue

Human Resources / HR-20925

### dispute resolution opt out form

Change By: Emily Strawn

Reporter:   ~~jira_default~~ Eitan Adler

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  
To: eax@twitter.com

Wed, Jul 1, 2015 at 11:29 PM

 Emily Strawn **assigned** an issue to Cheryl Palarca

Human Resources / HR-20925

### dispute resolution opt out form

Change By: Emily Strawn

Assignee:   Cheryl Palarca

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  
To: eax@twitter.com

Wed, Jul 1, 2015 at 11:29 PM

 Emily Strawn **commented** on HR-20925

Case 3:23-cv-01788-JD   Document 20-3   Filed 06/02/23   Page 3 of 6

## Re: dispute resolution opt out form

Cheryl Palarca can you assist?

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  Thu, Jul 2, 2015 at 1:15 AM
To: eax@twitter.com

 Cheryl Palarca **commented** on  HR-20925

## Re: dispute resolution opt out form

Hi Eitan,

Per your Dispute Resolution Form which you signed on 5/29/15, you had a window of 30-days to "Opt Out" from the time you received your employment agreements (window closed on 6/27/15). See paragraph below. Since it's only been a few days since that 30 days elapsed, I will ask Legal if they could make an exception. I will update this ticket once I have an answer.

Best,
Cheryl

8. An Employee's Right To Opt Out Of Arbitration
Arbitration is not a mandatory condition of Employee's employment at the Company, and
therefore an Employee may submit a form stating that the Employee wishes to opt out and not be subject to this Agreement. The Employee must submit a signed and dated statement on a "Dispute Resolution Agreement Opt Out Form" ("Form") that can be obtained from the Company's Human Resources Department at hr@twitter.com. *In order to be effective, the signed and dated Form must be returned to the Human Resources Department within 30 days of the Employee's receipt of this Agreement.* An Employee who timely opts out as provided in this paragraph will not be subject to any adverse employment action as a consequence of that decision and may pursue available legal remedies without regard to this Agreement. Should an Employee not opt out of this Agreement within 30 days of the
Employee's receipt of this Agreement, continuing the Employee's employment constitutes mutual acceptance of the terms of this Agreement by Employee and the Company. An Employee has the right to consult with counsel of the Employee's choice concerning this Agreement.

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  Thu, Jul 2, 2015 at 1:15 AM
To: eax@twitter.com



**Cheryl Palarca started work** on HR-20925

Change By: Cheryl Palarca

Status: ~~Open~~ In Progress

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  Thu, Jul 2, 2015 at 1:15 AM
To: eax@twitter.com



**Cheryl Palarca updated** an issue

Human Resources / HR-20925

### dispute resolution opt out form

Change By: Cheryl Palarca

Status: ~~In Progress~~ Waiting

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  Thu, Jul 2, 2015 at 1:36 AM
To: eax@twitter.com



**Cheryl Palarca commented** on HR-20925

### Re: dispute resolution opt out form

Thanks for the context. Could you forward me the email that you sent to the HR system? Since you were not an employee on 6/11, it didn't recognize you.

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  Mon, Jul 6, 2015 at 10:14 PM
To: eax@twitter.com

 Cheryl Palarca **updated** an issue

Human Resources /  HR-20925

dispute resolution opt out form

Change By: Cheryl Palarca

Attachment: FORM Opt Out-Dispute Resolution Areement.pdf

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  
To: eax@twitter.com

Mon, Jul 6, 2015 at 10:15 PM

 Cheryl Palarca **commented** on  HR-20925

## Re: dispute resolution opt out form

Hi Eitan,

Please complete the attached form with the date you requested the form (6/11/15). I will complete the HR side of the form after you return it.

Thanks,  
Cheryl

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>  
To: eax@twitter.com

Tue, Jul 7, 2015 at 1:09 AM

 Cheryl Palarca **commented** on HR-20925

## Re: dispute resolution opt out form

Hi Eitan!

Could you please re-sign it using the date you requested the form? Per your attempted email to hr@twitter.com, it was on 6/11/15. You signed the attached form with today's date.

Thank you,
Cheryl

💬 Add Comment

This message was sent by Atlassian JIRA

---

**[JIRA]** <jira@twitter.com>   Tue, Jul 7, 2015 at 1:48 AM
To: eax@twitter.com

 Cheryl Palarca **resolved** as **Fixed**

Thank you! Adding this to your HR file now.

Best,
Cheryl

Human Resources / 🔲 HR-20925

# dispute resolution opt out form

Change By:  Cheryl Palarca
Status:     ~~In Progress~~ Resolved
Resolution: Fixed

💬 Add Comment

This message was sent by Atlassian JIRA