MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:     +1.650.843.4001

Attorneys for Defendants
TWITTER, INC. and X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-CV-01788-JD<br><br>**DEFENDANTS TWITTER, INC. AND X CORP.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION** |

Pursuant to Northern District of California Civil Local Rule 7-7(e), Defendants Twitter, Inc. and X Corp. (collectively "Defendants" or "Twitter") timely file and serve this notice of withdrawal of Twitter's motion to compel arbitration as to Plaintiff Eitan Adler.  The motion should be taken off the Court's calendar.

Dated: June 15, 2023                    MORGAN, LEWIS & BOCKIUS LLP

                                        By  */s/ Eric Meckley*
                                            Eric Meckley

                                            Attorneys for Defendants
                                            TWITTER, INC. and X CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER'S NOTICE OF WITHDRAWAL
OF MOTION
CASE NO. 3:23-cv-01788-JD