MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendants
TWITTER, INC. and X CORP.

*(Counsel for Plaintiff Adler Listed on Following Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-CV-01788-JD<br><br>**STIPULATION REGARDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>**[PROPOSED] ORDER** |

LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (*pro hac vice* forthcoming)
bmanewith@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

Attorneys for Plaintiff
EITAN ADLER

STIPULATION REGARDING
DEFENDANTS' RESPONSIVE PLEADING
DEADLINE; [PROPOSED] ORDER
CASE NO. 3:23-cv-01788-JD

DB2/ 46018849.1

Plaintiff Eitan Adler ("Plaintiff") and Defendants Twitter, Inc. and X Corp. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 12, 2023, Defendants Twitter, Inc. and X Corp. (collectively referred to as "Twitter") filed a Motion to Compel Arbitration and Dismiss Class and Individual PAGA Claims (the "Motion") (ECF No. 14);

WHEREAS, on June 2, 2023, Plaintiff filed an Opposition to the Motion (ECF No. 20);

WHEREAS, on June 15, 2023, Twitter filed and served a Notice of Withdrawal of the Motion to Compel (ECF No. 21);

WHEREAS, the Parties have conferred and agreed that Twitter's responsive pleading deadline shall be June 30, 2023.

NOW THEREFORE, the Parties hereby stipulate, subject to the Court's approval, that Defendants Twitter Inc. and X. Corp's deadline to respond to Plaintiff Eitan Adler's Complaint will be June 30, 2023.

Dated: June 16, 2023               MORGAN, LEWIS & BOCKIUS LLP

                                   By   */s/ Eric Meckley*
                                        Eric Meckley
                                        Brian D. Berry
                                        Ashlee N. Cherry
                                        Kassia Stephenson
                                        Attorneys for Defendants
                                        TWITTER, INC. and X CORP.


Dated: June 16, 2023               LICHTEN & LISS-RIORDAN, P.C.

                                   By   */s/ Shannon Liss-Riordan*
                                        Shannon Liss-Riordan
                                        Bradley Manewith
                                        Attorneys for Plaintiff
                                        EITAN ADLER

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: June 16, 2023                                MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Eric Meckley*
     Eric Meckley
     Brian D. Berry
     Ashlee N. Cherry
     Kassia Stephenson
     Attorneys for Defendants
     TWITTER, INC. and X CORP.

### [PROPOSED] ORDER

Having considered the Parties' Stipulation Regarding Twitter's Responsive Pleading Deadline, and good cause appearing, it is hereby ORDERED that:

Defendants Twitter Inc. and X. Corp's deadline to respond to Plaintiff Eitan Adler's Complaint is June 30, 2023.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　Hon. James Donato
　　　　　　　　　　　　　　　　　　　　　United States District Judge