MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendants
TWITTER, INC. and X CORP.

*(Counsel for Plaintiff Adler Listed on Following Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-CV-01788-JD<br><br>**STIPULATION REGARDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>[PROPOSED] **ORDER** |

1 | LICHTEN & LISS-RIORDAN, P.C.
2 | Shannon Liss-Riordan (SBN 310719)
    sliss@llrlaw.com
3 | Bradley Manewith (*pro hac vice* forthcoming)
    bmanewith@llrlaw.com
4 | 729 Boylston Street, Suite 2000
    Boston, MA 02116
5 | Telephone:    (617) 994-5800
    Facsimile:    (617) 994-5801
6 |
7 | Attorneys for Plaintiff
    EITAN ADLER

STIPULATION REGARDING
DEFENDANTS' RESPONSIVE PLEADING
DEADLINE; [PROPOSED] ORDER
CASE NO. 3:23-cv-01788-JD

DB2/ 46018849.1

Plaintiff Eitan Adler ("Plaintiff") and Defendants Twitter, Inc. and X Corp. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 12, 2023, Defendants Twitter, Inc. and X Corp. (collectively referred to as "Twitter") filed a Motion to Compel Arbitration and Dismiss Class and Individual PAGA Claims (the "Motion") (ECF No. 14);

WHEREAS, on June 2, 2023, Plaintiff filed an Opposition to the Motion (ECF No. 20);

WHEREAS, on June 15, 2023, Twitter filed and served a Notice of Withdrawal of the Motion to Compel (ECF No. 21);

WHEREAS, the Parties have conferred and agreed that Twitter's responsive pleading deadline shall be June 30, 2023.

NOW THEREFORE, the Parties hereby stipulate, subject to the Court's approval, that Defendants Twitter Inc. and X. Corp's deadline to respond to Plaintiff Eitan Adler's Complaint will be June 30, 2023.

Dated: June 16, 2023                            MORGAN, LEWIS & BOCKIUS LLP

                                                By   /s/ Eric Meckley
                                                     Eric Meckley
                                                     Brian D. Berry
                                                     Ashlee N. Cherry
                                                     Kassia Stephenson
                                                     Attorneys for Defendants
                                                     TWITTER, INC. and X CORP.

Dated: June 16, 2023                            LICHTEN & LISS-RIORDAN, P.C.

                                                By   /s/ Shannon Liss-Riordan
                                                     Shannon Liss-Riordan
                                                     Bradley Manewith
                                                     Attorneys for Plaintiff
                                                     EITAN ADLER

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: June 16, 2023                    MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Eric Meckley*
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Kassia Stephenson
Attorneys for Defendants
TWITTER, INC. and X CORP.

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation Regarding Twitter's Responsive Pleading Deadline, and good cause appearing, it is hereby ORDERED that:

Defendants Twitter Inc. and X. Corp's deadline to respond to Plaintiff Eitan Adler's Complaint is June 30, 2023.

**IT IS SO ORDERED.**

Dated: June 23, 2023

Hon. James Donato
United States District Judge