| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) <br> BRADLEY MANEWITH <br> (*pro hac vice* forthcoming) <br> (bmanewith@llrlaw.com) <br><br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> Telephone:   (617) 994-5800 <br> Facsimile:   (617) 994-5801 <br><br> *Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated* | ERIC MECKLEY (SBN 168181) <br> (eric.meckley@morganlewis.com) <br> BRIAN D. BERRY (SBN 229893) <br> (brian.berry@morganlewis.com) <br> KASSIA STEPHENSON (SBN 336175) <br> (kassia.stephenson@morganlewis.cm) <br><br> MORGAN, LEWIS, & BOCKIUS, LLP <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone:   (415) 442-1000 <br> Fax:           (415) 442-1001 <br><br> *Attorneys for Defendants Twitter, Inc. and X Corp.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., and X CORP. <br><br> Defendants. | Case No. 3:23-cv-01788-JD <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 6-2 Plaintiff Ethan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:.

WHEREAS, there is currently a case management status conference scheduled to take place on July 14, 2023 at 2:00 p.m.

WHEREAS, Plaintiff's lead counsel has a conflict on the July 14th date.

WHEREAS, the Parties have conferred and reached agreement to request that the case management conference and joint case management statement filing deadline be rescheduled to a later date to accommodate Plaintiff's counsel's schedule.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The case management conference is hereby rescheduled to take place on August 3, 2023, or any later date convenient for the Court.

The Parties' joint case management statement shall be due one week in advance of the rescheduled case management conference date.

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com
*Attorneys for Plaintiff*

|   |   |
|---|---|
|   | TWITTER, INC., and X CORP. |
|   | By its attorneys, |
|   | /s/ Eric Meckley<br>Eric Meckley, SBN 168181<br>Brian D. Berry, SBN 229893<br>Kassia Stephenson, SBN 336175<br>MORGAN, LEWIS, & BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Email: eric.meckley@morganlewis.com;<br>brian.berry@morganlewis.com;<br>kassia.stephenson@morganlewis.com<br>*Attorneys for Defendants* |
| Dated: June 30, 2023 |   |

3
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

**CERTIFICATE OF SERVICE**

  I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on June 30, 2023.

                /s/ Shannon Liss-Riordan
                Shannon Liss-Riordan

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the case management conference currently scheduled to take place on July 14, 2023, at 2:00 pm is rescheduled to take place on _____, at 2:00 p.m.  The Parties' joint case management statement shall be due one week in advance of the case management conference date.

Dated: _____          _____
                                        Hon. James Donato
                                        District Court Judge