UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 24, 2023      Judge: Hon. James Donato

Time: 14 Minutes

Case No.     **3:23-cv-01788-JD**
Case Name    **Adler v. Twitter, Inc.**

Attorney for Plaintiff:     Shannon Liss-Riordan
Attorney for Defendant:    Eric Meckley

Court Reporter: Kelly Shainline

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Initial case management conference -- Held

### NOTES AND ORDERS

The parties are directed to file by September 8, 2023, a joint statement identifying a mediator and a date for their mediation.

The Court will issue a scheduling order.