United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EITAN ADLER,

          Plaintiff,

     v.

TWITTER, INC., et al.,

          Defendants.

Case No. 3:23-cv-01788-JD

**SCHEDULING ORDER**

      The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings (with the Court's leave, unless permitted as a matter of right under the Fed. R. Civ. P.) | September 29, 2023 |
| Fact discovery cut-off | February 23, 2024 |
| Expert disclosures | March 8, 2024 |
| Rebuttal expert disclosures | March 22, 2024 |
| Expert discovery cut-off | April 5, 2024 |
| Last day to file motion for class certification | April 11, 2024 |
| Last day to file dispositive and *Daubert* motions | September 19, 2024 |
| Pretrial conference | February 6, 2025, at 1:30 p.m. |

| Event | Deadline |
|-------|----------|
| Jury trial | February 24, 2025, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  August 31, 2023

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California