SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER
(*pro hac vice* forthcoming)
(tfowler@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Eitan Adler, on behalf of himself and all others similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.cm)

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Fax:              (415) 442-1001

*Attorneys for Defendants Twitter, Inc. and X Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**JOINT STATEMENT REGARDING MEDIATION** |

Plaintiff Eitan Adler ("Plaintiff") and Defendant X Corp. as successor in interest to Defendant Twitter, Inc. (collectively "Defendant") (hereinafter, Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their respective counsel of record, submit the following Joint Statement Regarding Mediation in response to the Court's minute order (ECF No. 31) directing the Parties to file by September 8, 2023 a joint statement identifying a mediator and a date for their mediation of this matter.

The Parties have agreed to private mediation (as opposed to mediating through the Court's Panel Program) and met and conferred in good faith on multiple occasions regarding potential private mediators. The Parties have made substantial progress and request an additional week to submit a supplemental statement identifying a mediator and date.

Dated: September 8, 2023

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

 */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

*/s/ Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
kassia.stephenson@morganlewis.com
*Attorneys for Defendants*