| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) THOMAS FOWLER (*pro hac vice* forthcoming) (tfowler@llrlaw.com) | ERIC MECKLEY (SBN 168181) (eric.meckley@morganlewis.com) BRIAN D. BERRY (SBN 229893) (brian.berry@morganlewis.com) KASSIA STEPHENSON (SBN 336175) (kassia.stephenson@morganlewis.cm) |
| LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone: (617) 994-5800 Facsimile: (617) 994-5801 | MORGAN, LEWIS, & BOCKIUS, LLP One Market, Spear Street Tower San Francisco, CA 94105 Telephone: (415) 442-1000 Fax: (415) 442-1001 |
| *Attorneys for Plaintiff Eitan Adler, on behalf of himself and all others similarly situated* | *Attorneys for Defendants Twitter, Inc. and X Corp.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**SUPPLEMENTAL JOINT STATEMENT REGARDING MEDIATION** |

Plaintiff Eitan Adler ("Plaintiff") and Defendant X Corp. as successor in interest to Defendant Twitter, Inc. (collectively "Defendant") (hereinafter, Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their respective counsel of record, submit the following Supplemental Joint Statement Regarding Mediation in response to the Court's August 24, 2023 Minute Order (ECF No. 31) and as a supplement to the Joint Statement Regarding Mediation that the Parties submitted on September 8, 2023 (ECF No. 38).

The Parties have agreed to private mediation with Michael E. Dickstein. Mediation is scheduled for December 1-2, 2023.

Dated: September 15, 2023

        EITAN ADLER, on behalf of himself and all others similarly situated,

        By his attorneys,

        */s/ Shannon Liss-Riordan*
        Shannon Liss-Riordan, SBN 310719
        Thomas Fowler (*pro hac vice* forthcoming)
        LICHTEN & LISS-RIORDAN, P.C.
        729 Boylston Street, Suite 2000
        Boston, MA 02116
        (617) 994-5800
        Email: sliss@llrlaw.com; tfowler@llrlaw.com
        *Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

*/s/ Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
kassia.stephenson@morganlewis.com
*Attorneys for Defendants*