| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719)<br>(sliss@llrlaw.com)<br>THOMAS FOWLER (*pro hac vice* forthcoming)<br>(tfowler@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:   (617) 994-5800<br>Facsimile:   (617) 994-5801<br><br>Attorneys for Plaintiff<br>EITAN ADLER, on behalf of himself and all others similarly situated | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:   +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:   +1.650.843.4000<br>Fax:   +1.650.843.4001<br><br>Attorneys for Defendant<br>X CORP. AS SUCCESSOR IN INTEREST TO TWITTER, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>       vs.<br><br>TWITTER, INC. and X CORP.,<br><br>                     Defendants. | Case No. 3:23-cv-01788-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

1      Pursuant to Civil Local Rule 6-2, Plaintiff Eitan Adler ("Plaintiff") and Defendant X
2  Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter
3  "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and
4  through their undersigned counsel, hereby stipulate as follows:
5      WHEREAS, on August 24, 2023, the Court ordered the parties to mediate Plaintiff's
6  claims, and the Parties have scheduled such mediation to take place on December 1 and 2, 2023;
7      WHEREAS, in service of judicial economy, counsel for the Parties have conferred and
8  agreed to request a temporary stay of this Action, including all currently pending deadlines,
9  briefing schedules, court conferences, motion hearings and Court decisions through January 2,
10 2024, given that mediation will occur in December; and
11     WHEREAS, the Parties have conferred and specifically request that the Court stay the
12 deadline to file amended pleadings until January 2, 2024 or later, as well as all pre-trial and
13 discovery deadlines.
14     NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's
15 approval:
16     1.   This Action shall be stayed through January 2, 2024;
17     2.   All pending pre-trial and discovery-related deadlines, including any deadlines to
18 respond to discovery, shall be continued to after January 2, 2024;
19     3.   The deadline to file amended pleadings shall be continued to a date on or after
20 January 2, 2024; and
21     4.   The Parties shall report to the Court the status of settlement discussions by January
22 2, 2024, and indicate their position as to whether the stay should be continued or lifted.
23     IT IS SO STIPULATED.

Respectfully submitted,
EITAN ADLER

By his attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)

2    STIPULATION AND [PROPOSED] ORDER
     TO STAY CASE PENDING MEDIATION
     Case No. 3:23-cv-01788-JD

```
                                LICHTEN & LISS-RIORDAN, P.C.
                                729 Boylston Street, Suite 2000
                                Boston, MA 02116
                                (617) 994-5800
                                email:  sliss@llrlaw.com; tfowler@llrlaw.com


                                Respectfully submitted,
                                X CORP. as successor in interest to
                                TWITTER, INC.

                                By their attorneys,

                                /s/ Eric Meckley
                                Eric Meckley, SBN 168181
                                Brian D. Berry, SBN 229893
                                Ashlee N. Cherry, SBN 312731
                                Kassia Stephenson, SBN 336175
                                MORGAN, LEWIS, & BOCKIUS LLP
                                One Market, Spear Street Tower
                                San Francisco, CA 94105
                                (415) 442-1000
                                email: eric.meckley@morganlewis.com;
                                email: brian.berry@morganlewis.com
```

Dated:        September 19, 2023

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, to allow the Parties to mediate the claims in this Action:

1. This Action is hereby stayed through January 2, 2024.

2. All pending pre-trial and discovery-related deadlines shall be continued to dates after January 2, 2024.

3. The Parties shall submit a joint status report no later than January 2, 2024 regarding the status of settlement discussions, indicate their position as to whether the stay should be continued or lifted, and provide a proposed deadline to file amended pleadings.

Dated: 9/25/2023

_____
The Honorable James Donato
United States District Court Judge