SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
EITAN ADLER, on behalf of himself and all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**JOINT STATUS REPORT** |

1       Pursuant to the Joint Stipulation and Order to Stay Case Pending Mediation (ECF No. 41), Plaintiff Eitan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Status Report:

The Parties engaged in settlement discussions and participated in an in-person mediation with mediator Michael Dickstein on December 1, 2023 in an effort to resolve this matter. The Parties were unable to resolve the claims in this matter at mediation. Accordingly, the Parties stipulate and request the following:

1.   The stay previously entered in this matter shall be lifted effective immediately.

2.   Defendant shall respond to the written discovery previously served by Plaintiff no later than January 17, 2024.

3.   Given the period of the stay, the Parties believe it is appropriate for the Court to amend certain of the deadlines set forth in the Scheduling Order (ECF No. 36) previously issued by the Court. Specifically, the Parties request the Court set new deadlines as follows:

| | |
|---|---|
| Add parties or amend pleading: | January 31, 2024 |
| Fact discovery cut-off: | May 15, 2024 |
| Expert disclosures: | May 31, 2024 |
| Rebuttal expert disclosures: | June 14, 2024 |
| Expert discovery cut-off: | July 8, 2024 |
| Last day to file motion for class certification: | July 15, 2024 |
| Last day to file dispositive and Daubert motions: | November 30, 2024 |
| Pretrial conference: | March 6, 2025, at 1:30 p.m. |
| Jury trial: | March 24, 2025, at 9:00 a.m. |

IT IS SO STIPULATED.

Respectfully submitted,

EITAN ADLER

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email: sliss@llrlaw.com
email: tfowler@llrlaw.com

Respectfully submitted,

X CORP. as successor in interest to
TWITTER, INC.

/s/ *Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com;
email: brian.berry@morganlewis.com

Dated:        January 2, 2024

DB2/ 47195246.1

3

JOINT STATUS REPORT AND REQUEST
TO LIFT STAY
CASE NO. 3:23-cv-01788-JD

# [PROPOSED] ORDER

Pursuant to the Parties' Joint Status Report and Request to Lift Stay and for GOOD CAUSE appearing, the Court hereby orders that:

1. The stay previously entered in this matter is hereby lifted, effective immediately.

2. Defendant shall respond to the written discovery previously served by Plaintiff no later than January 17, 2024.

3. The Court hereby amends the deadlines set forth in the prior Scheduling Order (ECF No. 36) as follows:

| | |
|---|---|
| Add parties or amend pleading: | January 31, 2024 |
| Fact discovery cut-off: | May 15, 2024 |
| Expert disclosures: | May 31, 2024 |
| Rebuttal expert disclosures: | June 14, 2024 |
| Expert discovery cut-off: | July 8, 2024 |
| Last day to file motion for class certification: | July 15, 2024 |
| Last day to file dispositive and Daubert motions: | November 30, 2024 |
| Pretrial conference: | March 6, 2025, at 1:30 p.m. |
| Jury trial: | March 24, 2025, at 9:00 a.m. |

Dated: _____        _____
                                     The Honorable James Donato
                                     United States District Court Judge