UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER,<br>       Plaintiff,<br>  v.<br>TWITTER, INC., et al.,<br>       Defendants. | Case No. 3:23-cv-01788-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | January 31, 2024 |
| Fact discovery cut-off | April 12, 2024 |
| Expert disclosures | April 26, 2024 |
| Rebuttal expert disclosures | May 10, 2024 |
| Expert discovery cut-off | May 31, 2024 |
| Last day to file motion for class certification | June 7, 2024 |
| Last day to file dispositive and FRE 702 motions | October 24, 2024 |
| Pretrial conference | March 6, 2025, at 1:30 p.m. |
| Jury Trial | March 24, 2025, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  January 23, 2024

_____
JAMES DONATO
United States District Judge