| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) BRADLEY MANEWITH (*pro hac vice* forthcoming) (bmanewith@llrlaw.com) | ERIC MECKLEY (SBN 168181) (eric.meckley@morganlewis.com) BRIAN D. BERRY (SBN 229893) (brian.berry@morganlewis.com) KASSIA STEPHENSON (SBN 336175) (kassia.stephenson@morganlewis.cm) |
| LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone:   (617) 994-5800 Facsimile:   (617) 994-5801 | MORGAN, LEWIS, & BOCKIUS, LLP One Market, Spear Street Tower San Francisco, CA 94105 Telephone:   (415) 442-1000 Fax:   (415) 442-1001 |
| *Attorneys for Plaintiff Eitan Adler, on behalf of himself and all others similarly situated* | *Attorneys for Defendants Twitter, Inc. and X Corp.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated, ,<br><br>            Plaintiff,<br><br>     v.<br><br>TWITTER, INC., and X CORP.<br><br>            Defendants. | Case No. 3:23-cv-01788-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE FACT DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

Pursuant to Local Rule 6-2 Plaintiff Ethan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:.

WHEREAS, fact discovery is currently set to close on April 12, 2024, and the deadline for Plaintiff to file his motion for class certification is June 7, 2024.

WHEREAS, the Parties have completed several depositions, but have additional depositions that need to be completed, which have required coordinating the schedules of multiple witnesses and counsel.

WHEREAS, the Parties also have reached an impasse on certain written discovery issues and will be filing a discovery dispute letter shortly.

WHEREAS, the Parties have conferred and reached agreement to request that the fact discovery deadline and class certification deadline be be continued for a period of approximately eight weeks in order to allow them to complete all discovery.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The fact discovery deadline is hereby reset to June 10, 2024.

The deadline for filing any motion for class certification is reset to July 12, 2024.

The deadline for opposing class certification shall be August 9, 2024.

The deadline for filing a reply in support of class certification shall be August 23, 2024.

The extension of these deadlines will not impact the trial date set by the Court, which shall remain March 24, 2025.

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
kassia.stephenson@morganlewis.com
*Attorneys for Defendants*

Dated:          April 9, 2024

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on April 9, 2024.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the fact discovery deadline is set for June 10, 2024, and the deadline to file any motion for class certification is set for July 12, 2024.  The deadline for opposing class certification shall be August 9, 2024.  The deadline for filing a reply in support of class certification shall be August 23, 2024.

The extension of these deadlines will not impact the trial date set by the Court, which shall remain March 24, 2025.

Dated: _____          _____
                                         Hon. James Donato
                                         District Court Judge