April 24, 2024

**VIA ECF**

The Honorable James Donato
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>Adler v. Twitter, Inc. & X Corp.</u>, No. 3:23-cv-01788-JD

Dear Judge Donato:

Defendant X. Corp. (successor in interest to Twitter, Inc.) ("Defendant") hereby **withdraws** the discovery letter brief that Defendant filed on April 12, 2024.  *See* ECF 53.  Defendant withdraws this letter brief because it addressed deficiencies in Plaintiff's *original* responses to Defendant's Requests for Production of Documents ("RFPs") and Interrogatories ("ROGs"), and Plaintiff served *supplemental* written responses to the RFPs and ROGs, along with a supplemental document production, on April 17, 2024.

Defendant will be filing a separate discovery letter brief today to address deficiencies in Plaintiff's April 17 supplemental responses to Defendant's RFPs, which revealed for the first time that Plaintiff is withholding documents and communications based on a non-existent "NLRA privilege" and that Plaintiff included a non-compliant privilege log.

Respectfully submitted,

*/s/ Eric Meckley*
Eric Meckley
Counsel for Defendant X CORP., as successor
in interest to TWITTER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on April 24, 2024, a true and accurate copy of this document was served on counsel for Plaintiff via the CM/ECF system.

*/s/ Eric Meckley*
Eric Meckley