UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>        Defendants. | Case No. 3:23-cv-01788-JD<br><br>**SECOND AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Fact discovery cut-off | June 7, 2024 |
| Expert discovery cut-off | June 20, 2024 |
| Last day to file motion for class certification | July 12, 2024 |
| Last day to file dispositive and FRE 702 motions | October 25, 2024 |
| Pretrial conference | March 6, 2025, at 1:30 p.m. |
| Jury Trial | March 24, 2025, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-

controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  May 7, 2024

_____
JAMES DONATO
United States District Judge

2