SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others
similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.cm)

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Fax:          (415) 442-1001

*Attorneys for Defendant X Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TWITTER, INC., and X CORP.<br><br>                    Defendants. | Case No. 3:23-cv-01788-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS CERTIFICATION FILING DEADLINE AND SET BRIEFING SCHEDULE** |

Pursuant to the Court's Civil Local Rule 6-2, Plaintiff Ethan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant"), by and through their undersigned counsel, hereby stipulate as follows:.

WHEREAS, fact discovery closed on June 7, 2024;

WHEREAS, the deadline for Plaintiff to file his motion for class certification is currently July 12, 2024.

WHEREAS, each Party filed a discovery dispute letter prior to the close of fact discovery, which the Court has yet to rule on. (*See* Dkt. 52, 56.)

WHEREAS, the Parties anticipate that the disputed discovery may likely impact Plaintiff's motion for class certification, and potentially Defendant's response to Plaintiff's motion.

WHEREAS, the Parties have conferred and reached agreement to request that the class certification filing deadline be reset in order to allow them the ability to analyze and incorporate into their respective class certification briefing any evidence ordered by the Court in its rulings on the Parties' respective pending discovery dispute letters.

WHEREAS, the Parties also have met and conferred regarding a schedule for their respective briefing regarding class certification;

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. The deadline for filing any motion for class certification is reset to August 26, 2024;
2. The deadline for filing an opposition to the motion for class certification is September 24, 2024;

3. The deadline for filing a reply in support of the class certification motion is October 8, 2024; and

4. The hearing on the motion for class certification should be set for November 7, 2024 or any later date convenient for the Court.

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
kassia.stephenson@morganlewis.com
*Attorneys for Defendant*

Dated: July 8, 2024

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS CERTIFICATION DEADLINE AND SET BRIEFING SCHEDULE

# **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on July 8, 2024.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders as follows:

1. The deadline for filing any motion for class certification is reset to August 26, 2024;
2. The deadline for filing an opposition to the motion for class certification is September 24, 2024;
3. The deadline for filing a reply in support of the class certification motion is October 8, 2024; and
4. The hearing on the motion for class certification should be set for November 7, 2024 or any later date convenient for the Court.

IT IS SO ORDERED.

Dated: _____     _____

                                                        Hon. James Donato
                                                        District Court Judge