SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others
similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.cm)

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Fax:             (415) 442-1001

*Attorneys for Defendant X Corp.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>TWITTER, INC., and X CORP.<br><br>            Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS CERTIFICATION FILING DEADLINE AND SET BRIEFING SCHEDULE** |

I, Shannon Liss-Riordan, declare under penalty of perjury that the following statements are true and correct:

1) I am a partner at the law firm of Lichten & Liss-Riordan, P.C., and lead counsel for the Plaintiff in the above-captioned matter. Pursuant to Local Rule 6-2(a), I submit this declaration in support of the Parties' Stipulation and [Proposed] Order to Extend the Class Certification Deadline and Set Briefing Schedule.

2) Plaintiff's deadline for filing his motion for class certification is currently set for July 12, 2024.

3) On April 12, 2024, Plaintiff filed a discovery dispute letter seeking the production of information and documents from Defendants. (Dkt. 52.)

4) On April 24, 2024, Defendants filed a discovery dispute letter seeking the production of documents from Plaintiff. (Dkt. 56.)

5) Both discovery dispute letters are fully briefed and awaiting a decision by the Court.

6) The information and documents sought through the discovery dispute letters are relevant to the issue of class certification and may impact the Parties' respective class certification briefs.

7) For example, Plaintiff anticipates using the information and documents sought through his discovery dispute letter to support his motion for class certification.

8) On January 24, 2024, the Court entered an Amended Scheduling Order, which extended all deadlines in the case, including the deadline for class certification by approximately sixty (60) days. (Dkt. 44.)

9) On May 7, 2024, the Court entered a Second Amended Scheduling Order, which extended the fact discovery deadline by eight (8) weeks and the class certification deadline by

five (5) weeks. (Dkt. 59.)

10) If granted, the requested time modification may require the dispositive motion deadline and trial to likewise be extended by forty-five (45) days.

11) Defendants' counsel has agreed to the stipulation and requested time modification.

Executed in Boston, MA on July 8, 2024

*By: /s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, Esq.

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on July 8, 2024.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

3
DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS CERTIFICATION DEADLINE AND SET BRIEFING SCHEDULE