# Exhibit 27

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                       ---oOo---

 5

 6   EITAN ADLER, on behalf of       )
     himself and all others          )
 7   similarly situated,             )
                                     )
 8                    Plaintiff,     )   Case No.
                                     )   3:23-CV-01788
 9        vs.                        )   -JD
                                     )
10   TWITTER, INC., and X CORP.,     )
                                     )
11                    Defendants.    )
                                     )
12

13

14

15           DEPOSITION OF EITAN ADLER

16                 APRIL 25, 2024

17

18

19

20

21

22

23

24   BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
     1127753
25
```

**BARKLEY**
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine           (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose         (760) 322-2240 Palm Springs     (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento     (800) 222-1231 Martinez         (702) 366-0500 Las Vegas        (800) 222-1231 Monterey
(951) 686-0606 Riverside      (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson        (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn         (518) 490-1910 Albany           (914) 510-9110 White Plains
(312) 379-5566 Chicago        00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai         001+1+800 222 1231 Hong Kong

```
 1   response to Exhibit 24 everything that you believe
 2   relates to your claim for expense reimbursements?
 3        A.   Yes, I think so.
 4        Q.   All right.  Is it your contention that
 5   there's some business expense you incurred at
 6   Twitter that was not reimbursed?
 7        A.   I am uncertain.
 8        Q.   When you say you're uncertain, why is
 9   that?
10        A.   Because I lack records for what expenses
11   were reimbursed.
12        Q.   Okay.  So as you sit here today, you're
13   not sure whether you have been reimbursed for all
14   expenses or you haven't been?
15        A.   Correct.
16        Q.   Okay.  Are you aware you have made a claim
17   in the lawsuit for unreimbursed expenses?
18        A.   Yes.
19        Q.   And do you know why you made a claim for
20   unreimbursed expenses if you're not sure whether or
21   not you have been reimbursed?
22        A.   I would defer to my attorneys on that.
23        Q.   So you don't know?
24        A.   I defer to my attorneys on the details.
25        Q.   I understand.  I am just asking your
```

```
         1   independent knowledge, you don't know why you would
         2   have made a claim for expense reimbursements if
         3   you're not sure you have been reimbursed for all of
         4   those?
02:57    5       A.   I believe they were reimbursed late.  And
         6   my understanding is that if I was still -- if I
         7   were eligible for the WARN Act, I would have been
         8   eligible for some more expenses that were not
         9   reimbursed.  I defer to my attorneys on the
02:58   10   details.
        11       Q.   Okay.  In terms of the late piece, what
        12   could you believe -- which expenses do you believe
        13   were reimbursed late?
        14       A.   I see expenses paid on January 26 and
02:58   15   January 17th.
        16       Q.   Okay.
        17       A.   And it is not clear to me that those were
        18   submitted late.
        19       Q.   Right.  So you don't know whether they
02:58   20   were submitted late or not?
        21       A.   Correct.
        22       Q.   Not asking any communications or
        23   information from attorneys, but did you do any of
        24   your own research to know when expenses have to be
02:58   25   reimbursed under the law?
```

187

EITAN ADLER