Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**PLAINTIFF'S MOTION TO EXTEND, *NUNC PRO TUNC*, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION** |

Pursuant to this Court's order (*see* Dkt. 59), Plaintiff's Motion for Class Certification was due on July 12, 2024. On July 8, 2024, the parties filed a stipulation seeking to extend the class certification deadline and to set an agreed upon briefing schedule (given that discovery disputes remained pending). (Dkt. 65.) Given the parties' agreement to extend the deadline, Plaintiff's counsel anticipated that the deadline would be moved. However, on July 11, 2024, the Court denied the parties' stipulation. (Dkt. 68.)

Following the Court's denial of the parties' stipulation, Plaintiff's counsel worked quickly to prepare the Motion for Class Certification during the evening of July 12th. However, coordinating the exhibits (many of which needed to be administratively filed under seal because Defendants designated them as confidential) took longer than anticipated, due in part to technical issues with Plaintiff's counsel's servers. As a result, Plaintiff's Motion for Class Certification was filed at approximately 12:20 am on July 13, 2024 (Dkt. 72), and his supporting exhibits, along with an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, were filed about an hour later (Dkt. 73, 74).

Given that Plaintiff's Motion for Class Certification was filed only approximately 20 minutes after the Court's original deadline (and the fact that there is no prejudice to Defendants), there is good cause to grant Plaintiff's motion. The extension request, including the time for filing Plaintiff's exhibits and Administrative Motion, is for less than 90 minutes, *nunc pro tunc*.[1]

---

[1] Plaintiff has attempted to confer with Defendants regarding this motion and the requested relief. Defendants have not stated whether they will assent to this motion. Notwithstanding, Plaintiff has agreed to stipulate to Defendants' request for a two-day extension for their response, thereby eliminating any potential prejudice to Defendants.

PLAINTIFF'S MOTION TO EXTEND, *NUNC PRO TUNC*, THE DEADLINE TO FILE HIS MOTION FOR
CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION
Case No. 3:23-cv-01788-JD

WHEREFORE, Plaintiff respectfully requests that the Court grant his Motion to Extend, *Nunc Pro Tunc*, the Deadline to File His Motion for Class Certification until just after midnight on Friday and/or to Accept Plaintiff's Late Filed Motion.

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Bradley Manewith (*pro hac vice*)
*bmanewith@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

Dated: July 15, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

PLAINTIFF'S MOTION TO EXTEND, *NUNC PRO TUNC*, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION
Case No. 3:23-cv-01788-JD