1  Shannon Liss-Riordan (SBN 310719)
   sliss@llrlaw.com
2  Bradley Manewith (*pro hac vice*)
   bmanewith@llrlaw.com
3  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   Tel: (617) 994-5800
5  Fax: (617) 994-5801
6  *Attorneys for Plaintiff Eitan Adler, on behalf of himself
   and all others similarly situated*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**SHANNON LISS-RIORDAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND, *NUNC PRO TUNC*, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION**<br><br>Judge:   Hon. James Donato |

SHANNON LISS-RIORDAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND, NUNC PRO TUNC, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION

I, Shannon Liss-Riordan, declare under penalty of perjury that the following statements are true and correct:

1.   My name is Shannon Liss-Riordan.  I represent the named plaintiff in the above-captioned case.

2.   Plaintiff's deadline for filing his motion for class certification was July 12, 2024.

3.   On July 8, 2024, the parties filed a stipulation seeking to extend the class certification deadline, and to set an agreed upon briefing schedule. (Dkt. 65.) Given the parties' agreement to extend the deadline, Plaintiff's counsel anticipated that the deadline would be moved. However, on July 11, 2024, the Court denied the parties' stipulation. (Dkt. 68.)

4.   Following the Court's denial of the parties' stipulation, our Firm worked quickly to prepare the Motion for Class Certification during the evening of July 12th.  However, coordinating the exhibits (many of which needed to be administratively filed under seal because Defendants designated them as confidential) took longer than anticipated, due in part to technical issues with our servers. As a result, Plaintiff's Motion for Class Certification was filed at approximately 12:20 am on July 13, 2024 (Dkt. 72), and his supporting exhibits, along with an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, were filed about an hour later (Dkt. 73, 74).

5.   On January 24, 2024, the Court entered an Amended Scheduling Order, which extended all deadlines in the case, including the deadline for class certification by approximately sixty (60) days. (Dkt. 44.)

6.   On May 7, 2024, the Court entered a Second Amended Scheduling Order, which extended the fact discovery deadline by eight (8) weeks and the class certification deadline by five (5) weeks. (Dkt. 59.)

SHANNON LISS-RIORDAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND, NUNC PRO TUNC, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION

7. If granted, the requested time modification would not impact the schedule for the case, including the hearing date for Plaintiff's Motion for Class Certification.

8. My partner, Bradley Manewith, sent an email to Defendants' counsel asking whether Defendants opposed the instant motion, which I was copied on. Defendants have not responded with their position as to whether they oppose Plaintiff's request.

I swear under the pains and penalties of perjury that the foregoing is true and accurate to the best of my ability.

Dated: July 15, 2024                          */s/ Shannon Liss-Riordan*
                                              Shannon Liss-Riordan

SHANNON LISS-RIORDAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND, NUNC PRO TUNC, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION