LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Bradley Manewith, (*pro hac vice*)
bmanewith@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
EITAN ADLER, on behalf of himself
and all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST
TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR PLAINTIFF'S ADMINISTRATIVE MOTION AND MOTION FOR CLASS CERTIFICATION** |

1      Pursuant to Civil Local Rule 6-2, Plaintiff Eitan Adler ("Plaintiff") and Defendant X
2  Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter
3  "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby
4  submit the following stipulation:

5      WHEREAS, on July 13, 2024, Plaintiff filed a Motion for Class Certification
6  ("Certification Motion") (Dkt. 72), and an Administrative Motion to Consider Whether Another
7  Party's Material Should be Sealed in connection with his Certification Motion ("Sealing Motion")
8  (Dkt. 73);

9      WHEREAS, on July 14, 2024, Plaintiff provided Defendant with copies of the unredacted
10 versions of the materials that he filed conditionally under seal in support of the Certification
11 Motion;

12     WHEREAS, the Parties agree that Defendant's response to the Sealing Motion is due on
13 July 22, 2024 (i.e., seven days after Plaintiff provided Defendant with copies of the unredacted
14 materials), *see* Local Rule 79-5(f)(3);

15     WHEREAS, the Certification Motion is set for hearing on August 22, 2024 at 10 a.m.
16 (Dkt. 72);

17     WHEREAS, based on Plaintiff's July 12, 2024 filing deadline, Defendant's Opposition to
18 the Certification Motion is due on July 26, 2024, and Plaintiff's Reply is due on August 2, 2024;

19     WHEREAS, the Parties have conferred and agreed on an amended briefing schedule that
20 does not affect the scheduled hearing date, based on Defendant receiving complete copies of
21 Plaintiff's moving papers, including the unredacted versions of the materials that he filed
22 conditionally under seal in support of the Certification Motion, on July 14, 2024;

23     NOW, THEREFORE, the Parties hereby stipulate as follows, subject to the Court's
24 approval:

25     1.  Defendant's response to Plaintiff's Sealing Motion is due July 22, 2024.
26     2.  Defendant's Opposition to Plaintiff's Certification Motion is due July 29, 2024.
27     3.  Plaintiff's Reply in support of his Certification Motion is due August 5, 2024.

1    4.    The Certification Motion hearing set for August 22, 2024 at 10 a.m. remains
2          unchanged.

3                                          Respectfully submitted,
                                           EITAN ADLER
4
                                           By his attorneys,
5
                                           /s/ *Bradley Manewith*
6                                          Shannon Liss-Riordan, SBN 310719
                                           Bradley Manewith (*pro hac vice*)
7                                          LICHTEN & LISS-RIORDAN, P.C.
                                           729 Boylston Street, Suite 2000
8                                          Boston, MA 02116
                                           (617) 994-5800
9                                          email:  sliss@llrlaw.com; bmanewith@llrlaw.com
10

11                                         Respectfully submitted,
12                                         X CORP. as successor in interest to
                                           TWITTER, INC.
13
                                           By their attorneys,
14
                                           /s/ *Eric Meckley*
15                                         Eric Meckley, SBN 168181
16                                         Brian D. Berry, SBN 229893
                                           Ashlee N. Cherry, SBN 312731
17                                         Kassia Stephenson, SBN 336175
                                           MORGAN, LEWIS, & BOCKIUS LLP
18                                         One Market, Spear Street Tower
                                           San Francisco, CA 94105
19                                         (415) 442-1000
20                                         email: eric.meckley@morganlewis.com;
                                           email: brian.berry@morganlewis.com
21

22   Dated: July 15, 2024
23
24
25
26
27
28

                                                          STIP AND [PROPOSED] ORDER RE
                                                          ADMINISTRATIVE MOTION AND
                                3                         MOTION FOR CLASS CERTIFICATION
                                                          Case No. 3:23-cv-01788-JD

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Plaintiff's Motion for Class Certification:

1. Defendant's response to Plaintiff's Sealing Motion is due July 22, 2024.
2. Defendant's Opposition to Plaintiff's Certification Motion is due July 29, 2024.
3. Plaintiff's Reply in support of his Certification Motion is due August 5, 2024.
4. The Certification Motion hearing set for August 22, 2024 at 10 a.m. remains unchanged.

Dated: _____        _____
          The Honorable James Donato
          United States District Court Judge