Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
*Attorneys for Plaintiff Eitan Adler, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>~~PROPOSED~~ **ORDER ON PLAINTIFF'S MOTION TO EXTEND, *NUNC PRO TUNC*, THE DEADLINE TO FILE HIS MOTION FOR CLASS CERTIFICATION AND/OR TO ACCEPT PLAINTIFF'S LATE FILED MOTION**<br><br>Judge:   Hon. James Donato |

## [PROPOSED] ORDER

This matter coming before the Court on Plaintiff's Motion to Extend, *Nunc Pro Tunc*, the Deadline to File His Motion for Class Certification and/or to Accept Plaintiff's Late Filed Motion and for GOOD CAUSE shown, IT IS HEREBY ORDERED:

Plaintiff's Motion to Extend, *Nunc Pro Tunc*, the Deadline to File His Motion for Class Certification and/or to Accept Plaintiff's Late Filed Motion is granted.

Dated: July 18, 2024

_____
Hon. James Donato