MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST TO
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-CV-01788-JD<br><br>**DECLARATION OF WALTER GILBERT IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF WALTER GILBERT
CASE NO. 3:23-CV-01788-JD

# DECLARATION OF WALTER GILBERT

I, Walter Gilbert, declare as follows:

1. I am the Senior Director of Human Resources for X Corp. ("X"), the successor-in-interest to Twitter, Inc., and have held that title since April 10, 2023.

2. I have personal knowledge of the facts set forth in this declaration.

3. In my role as Senior Director of Human Resources, I oversee and am responsible for all human resources functions at X, including employees' compensation and benefits.

4. X is a private company that protects its confidential and sensitive business information, including financial information related to its labor costs and competitive information regarding business strategies and planning, from public disclosure. Given the sensitivity of its labor cost figures, X also limits internal access to this information to those executives and employees who need the information to carry out their job duties.

5. I have received and reviewed the following documents, which I understand were attached to Plaintiff Eitan Adler's Motion for Class Certification: a document bearing Bates Numbers X_ARBS_000065522–23 with the cover page "Exhibit 4"; a document bearing Bates Numbers X_ARBS_000065524-25 with the cover page "Exhibit 5"; a document bearing Bates Numbers X_ARBS_00008438-41 with the cover page "Exhibit 12"; a document bearing Bates Number X_ARBS_000034073 with the cover page "Exhibit 16"; a document bearing Bates Numbers X_ARBS_000001663-64 with the cover page "Exhibit 18"; a document bearing Bates Numbers X_ARBS_000000163-66 with the cover page "Exhibit 19".

6. Exhibit 4 is copy of an email chain, dated November 2, 2022, involving Elon Musk and several executives and advisors. At the bottom of page X_ARBS_0006552 and the top of X_ARBS_0006553, the document reports the costs associated with their salaries and commissions, continued benefits, and equity vesting.

7. Exhibit 5 is a copy of a document dated November 2, 2022 that contains similar information to Exhibit 4. The bottom of X_ARBS_00065524 ("Severance Structure"), and the top ("Cost Savings") and middle portion of X_ARBS_00065525 ("M&A Founders with Acceleration") disclose financial figures related to salaries and commissions, continued benefits,

Docusign Envelope ID: 34269462-CDDB-4947-9DF6-9460D60704E5

1  equity vesting, and cost savings.

2      8.    Exhibit 12 is a copy of an email chain from May 2023. Throughout pages

3  X_ARBS_000008438-40, the document discloses detailed headcount information approximately

4  seven months after Elon Musk acquired X and took the company private.

5      9.    Exhibit 16 is a copy of an email chain from May 2023 that discloses information

6  about investments and financial planning, headcount planning, accounts receivable, and credit

7  facilities.

8      10.    Exhibit 18 is a copy of an email chain from October 2022. The bottom of

9  X_ARBS_00001663 reveals sensitive planning information related to the desired ratio of

10  engineering roles to supporting roles.

11      11.    Exhibit 19 is a copy of Andrew Musk's internal notes that disclose business

12  planning and financial information at the bottom of X_ARBS_00001663 ("Day 2 round 2" and

13  "Day 3) and the bottom of X_ARBS_00001664 (re "ad prediction"), and discloses strategic plans

14  in the middle of X_ARBS_00001664 ("Monday next week") and throughout

15  X_ARBS_00001665-66.

16      12.    The financial and headcount figures contained in Exhibits 4, 5, 12, 16, and 18 are

17  confidential and non-public. Public disclosure of these figures may cause competitive harm to X,

18  and place it at a disadvantage in the market. For example, X's competitors could use the

19  information to ascertain the average compensation that X provides to its employees, including the

20  salaries and commissions it offers, and the value of its equity and benefits packages, and use this

21  information to negatively impact X, including its ability to hire and retain talent.

22      13.    Exhibits 12 and 19 contain sensitive and non-public business information related

23  to X's financial and strategic planning. Public disclosure of this information, too, may harm X

24  because third-party vendors could use this information to gain an advantage in negotiating with X

25  for services and X's competitors could use it to gain a competitive advantage on the market.

26  / / /

27  / / /

28  / / /

1  Executed on July 22, 2024, in San Francisco, California.

DocuSigned by:

*Walter Gilbert*

5821F13711F04D8...

Walter Gilbert

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECLARATION OF WALTER GILBERT
CASE NO. 3:23-CV-01788-JD