MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST TO
TWITTER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>TWITTER, INC. and X CORP.,<br><br>              Defendants. | Case No. 3:23-CV-01788-JD<br><br>**DECLARATION OF AOIFE FENELON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:        October 10, 2024<br>Time:        10:00 a.m.<br>Judge:      Hon. James Donato |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF AOIFE FENELON ISO OPPO. TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-01788-JD

**DECLARATION OF AOIFE FENELON**

I, Aoife Fenelon, declare as follows:

1.      I have worked at X for over two years.  I am currently in the role of Senior Manager, People Operations, and in my role I support global human resources operations.  I have worked in People Operations since I was hired in May 2022, and was promoted to Senior Manager in March 2024.  I make this Declaration based on my personal knowledge and my review of X's business records.  If called to testify to these facts, I would be competent to do so.

2.      In my capacity as a Senior Manager, People Operations, I regularly work with X's human resources data systems that contain information about X's personnel, including data that reflects information such as an employee's name, job title, role in the organizational structure, start date, separation date, reason for the separation, whether they signed a Dispute Resolution Agreement ("DRA"), and if so, whether they subsequently opted out of it, among other things. These records are made and kept in the ordinary course of X's regularly conducted business activity, at or near the time by (or from information transmitted by) someone with knowledge, and making these records was a regular practice of that activity.

3.      According to X's records, approximately one hundred fifteen (115) employees based in the United States have been terminated for cause, which includes misconduct, insubordination, job abandonment, and poor performance, between October 27, 2022 and July 28, 2024.  These 115 employees were not laid off and were not provided with WARN Act notice.

4.      According to X's records, approximately forty-six (46) of these former employees have filed claims in arbitration against X consistent with their DRAs.

5.      According to X's records, of the approximately sixty-nine (69) of these former employees that have not filed claims in arbitration against X to date, thirty-four (34) of them have signed a DRA requiring that they arbitrate any employment-related dispute on an individual basis, and have not opted out of the DRA.

6.      As a result, out of the approximately 115 employees who have been fired for cause, there are thirty-five (35) former employees who are not subject to the DRA either because (a) they did not sign the DRA at the outset or (b) they opted-out of it.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF AOIFE FENELON ISO OPPO. TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-01788-JD

Docusign Envelope ID: AA23B6F6-F094-4C37-A087-958B5575B1A5

7. I have included in this Declaration a few recent examples of for-cause terminations. According to X's records, X has terminated the employment of at least two employees due to job abandonment, including one on October 23, 2023 and another on May 7, 2024, and another employee as of November 6, 2023 for misconduct due to disclosure of confidential information. In addition, X has also terminated employment where employees do not pass the company's background checks, as occurred with respect to an employee on November 17, 2023.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 29, 2024, in Dublin, Ireland.

DocuSigned by:

*Aoife Fenelon*

CAFFC02157E449F...

Aoife Fenelon

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

2

DECL. OF AOIFE FENELON ISO OPPO. TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-01788-JD