SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice*)
(bmanewith@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others
similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.cm)
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Fax:              (415) 442-1001

*Attorneys for Defendant X Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CHANGE OF DATE FOR IN-PERSON DISCOVERY MEET AND CONFER** |

Pursuant to the Court's Civil Local Rule 6-2, Plaintiff Eitan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant"), by and through their undersigned counsel, hereby stipulate as follows:.

WHEREAS, the parties submitted discovery letter briefs on April 12, 2024 (Dkt. 52) and May 6, 2024 (Dkt. 58).

WHEREAS, the Court has directed lead counsel for the parties to participate in a meet and confer session in the Court's jury room for a minimum of four hours on August 13, 2024, at 9:30 a.m.

WHEREAS, Shannon Liss-Riordan, lead counsel for Plaintiff, is not available on August 13, 2024, due to prior family commitments, and has also recently tested positive for COVID.

WHEREAS, the parties have conferred and lead counsel for both sides are available for the meet and confer session on August 15, 2024, and Ms. Liss-Riordan is hopeful that she will be more fully recovered by that date.

NOW, THEREFORE, the parties stipulate to the following, subject to the Court's approval:

1. The parties' meet and confer session on August 13, 2024, will be rescheduled for August 15, 2024.

|    |                                      |
|----|--------------------------------------|
| 1  |                                      |
| 2  | Respectfully submitted,              |
| 3  | EITAN ADLER, on behalf of himself and all others similarly situated, |
| 4  |                                      |
| 5  | By his attorneys,                    |
| 6  | /s/ Shannon Liss-Riordan             |
|    | Shannon Liss-Riordan, SBN 310719     |
| 7  | Bradley Manewith (*pro hac vice*)    |
|    | LICHTEN & LISS-RIORDAN, P.C.         |
| 8  | 729 Boylston Street, Suite 2000      |
|    | Boston, MA 02116                     |
| 9  | (617) 994-5800                       |
| 10 | Email: sliss@llrlaw.com; bmanewith@llrlaw.com |
|    | *Attorneys for Plaintiff*            |

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
kassia.stephenson@morganlewis.com
*Attorneys for Defendant*

Dated:    August 8, 2024

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on August 8, 2024.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders as follows:

1. The parties' meet and confer session on August 13, 2024, will be rescheduled for August 15, 2024.

IT IS SO ORDERED.

Dated: _____          _____
                                       Hon. James Donato
                                       District Court Judge