Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others similarly situated*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION** |

Plaintiffs submit this Statement of Recent Decision in order to bring to the Court's attention a recent decision in Zeman v. Twitter, Inc. et al., Civ. Act. No. 3:23-cv-01786-SI, Order Granting in Part Plaintiff's Motion for Conditional Certification of a Collective Action, Dkt. 82 (N.D. Cal. Sept. 3, 2024) (attached as Exhibit A). In that decision, Judge Illston granted conditional certification notwithstanding the fact that Twitter argued that certification was inappropriate since many of the individuals who would receive notice of their ability to opt in to the case had signed arbitration agreements or separation agreements that contained releases. The court held that "defendants' assertion that some members of the putative collective action may ultimately be barred from joining this case by arbitration agreements does not prevent the Court from conditionally certifying a collective action at this notice stage." The court held further that "these same principles should apply with respect to individuals who may have signed severance agreements that contained releases, given the lack of authority cited to the contrary.." Id. at p.9. Twitter has raised similar arguments in its Opposition to Plaintiff's Motion for Class Certification here (Opposition at pp. 15-18, Dkt. 81), and these arguments should likewise be rejected.

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

Dated: October 9, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2024, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan