# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: October 10, 2024                                    Judge:  Hon. James Donato

Time:  31 Minutes

Case No.        **3:23-cv-01788-JD**
Case Name      **Adler v. Twitter, Inc.**

Attorney(s) for Plaintiff(s):        Shannon Liss-Riordan
Attorney(s) for Defendant(s):      Eric Meckley

Deputy Clerk:  Lisa R. Clark
Court Reporter:  Ana Dub

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

For the motion to certify a class, Dkt. No. 72, plaintiff agrees to propose (1) a nationwide class under the federal WARN Act, and (2) a California class of terminated employees who did not receive expense reimbursements.  No other classes will be considered.

No later than October 15, 2024, Twitter will provide plaintiff with lists naming (1) the 115 former employees discussed at the hearing; (2) the 46 employees in arbitration; (3) the 34 employees subject to arbitration agreements; and (4) the 35 remaining employees.  For category 4, Twitter will provide the basis for each employee's termination.

No later than December 9, 2024, plaintiff will file a supplemental brief re certification, not to exceed 8 pages, that states the classwide method and proof plaintiff intends to present with respect to establishing certification for the putative classes.  Twitter may file a response by December 23, 2024, not to exceed 8 pages.

The motion to certify is in abeyance pending further order.  All remaining case management deadlines are vacated pending further order.