Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others similarly situated*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**PLAINTIFF'S RESPONSE TO COURT ORDER (DKT. 89)** |

Following the class certification hearing held on October 10, 2024, and as directed by the Court's Order set forth in Dkt. 89, Twitter provided information to Plaintiff relating to the potential members of Plaintiff's proposed WARN Act class. In light of that information and the Court's comments at the hearing, Plaintiff withdraws his request for class certification under the WARN Act.

With respect to Plaintiff's proposed class regarding expense reimbursement for terminated California employees, Plaintiff stands on his prior briefing (Dkts. 72 and 83).

    Respectfully submitted,

    EITAN ADLER, on behalf of himself and all others similarly situated,

    By his attorneys,

    /s/ Shannon Liss-Riordan
    Shannon Liss-Riordan (SBN 310719)
    *sliss@llrlaw.com*
    Bradley Manewith (*pro hac vice*)
    *bmanewith@llrlaw.com*
    LICHTEN & LISS-RIORDAN, P.C.
    729 Boylston Street, Suite 2000
    Boston, MA 02116
    Tel: (617) 994-5800
    Fax: (617) 994-5801

Dated: December 9, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2024, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

    /s/ Shannon Liss-Riordan
    Shannon Liss-Riordan