SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Eitan Adler*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC. AND X CORP.<br><br>    Defendants | Case No. 3:23-cv-01788-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hearing:<br>Date:    May 8, 2025<br>Time:    10:00 AM<br>Place:   Courtroom<br>Judge:   Hon. James Donato |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT

Pending before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint, Dkt. 95. Having read and considered all papers submitted by the parties, and for good cause shown,

IT IS ORDERED that Plaintiff's Motion is granted. Plaintiff is directed to file his Second Amended Complaint.

Dated:_____

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan