MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER,<br><br>              Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>              Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF ERIC MECKLEY IN SUPPORT OF DEFENDANT X CORP.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:   May 8, 2025<br>Time:   10:00 a.m.<br>Place:  Courtroom<br>Judge:  Hon. James Donato |

## DECLARATION OF ERIC MECKLEY

I, Eric Meckley, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, and am counsel for Defendant X. Corp. formerly known as Twitter, Inc. ("Defendant" or "X") in the above-captioned matter. I submit this Declaration in support of Defendant's Opposition to Motion for Leave to File Second Amended Complaint (the "Motion"). I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. On May 17, 2023, Twitter filed a motion to dismiss the Second Amended Complaint in the matter entitled *Emmanuel Cornet, et al. v. Twitter, Inc.*, Case No. 1:23-cv-00441-TMH (D. Del.). The Court heard oral argument on Defendant's motion on January 16, 2025. That motion to dismiss remains pending for decision.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 10, 2025, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Eric Meckley*
　　　　　　　　　　　　　　　　　　　　Eric Meckley