UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 8, 2025      Judge: Hon. James Donato

Time: 8 Minutes

Case No.     **3:23-cv-01788-JD**
Case Name    **Adler v. Twitter, Inc.**

Attorney(s) for Plaintiff(s):    Shannon Liss-Riordan
Attorney(s) for Defendant(s):   Eric Meckley

Deputy Clerk: Lisa R. Clark      Court Reporter: April Brott

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

The motion to amend, Dkt. No. 95, is denied without prejudice to renewal, pending further developments in *Cornet v. Twitter*, 23-cv-441 (D. Del.), in which plaintiff Adler states he is a putative class member.

Adler confirms that this is now a single-plaintiff class, and there are no pending claims that he intends to pursue on behalf of a class. The class certification motion, Dkt. No. 72, is terminated on that basis.

The parties are directed to file by May 22, 2025, a joint statement that: (1) proposes dates in the July-September 2025 time period for a 1-2 day trial of plaintiff Adler's claims; and (2) confirms that the parties have agreed to a private mediator for further mediation efforts, or requests that the Court make a referral to a private mediator who may be suitable for this case.