May 22, 2025

**VIA ECF FILING**

The Honorable James Donato
United States District Court
San Francisco Courthouse
Courtroom 11 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Adler v. Twitter, Inc., et al.*, Case No. 3:23-cv-01788-JD

Dear Judge Donato:

At the hearing on May 8, 2025, the Court directed the parties to confer regarding a trial date for this case sometime between July 1, 2025, and September 15, 2025.

The parties have conferred and unfortunately one side or the other has conflicts during this period. However, the parties are both available during the week of September 15, if that week works for the Court.

If the week of September 15 does not work for the Court, then the parties request a conference with the Court to discuss the trial date further.


Respectfully submitted,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan
Counsel for Plaintiff


*/s/ Eric Meckley*
Eric Meckley
Counsel for Defendant

DB2/ 650104248.1