MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
TWITTER, INC. and X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:23-CV-01788-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        August 21, 2025<br>Time:       10:00 a.m.<br>Judge:      Hon. James Donato |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING
MOTION FOR SUMMARY JUDGMENT
Case No. 3:23-CV-01788-JD

**[PROPOSED] ORDER**

The Motion for Summary Judgment of Defendant X Corp. (formerly known as Twitter, Inc.) (hereinafter "Defendant") came on for hearing before the Court on August 21, 2025, the Honorable James Donato presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Defendant's Motion for Summary Judgment.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiff's lawsuit is dismissed in its entirety and judgment shall be entered in favor of Defendant. Defendant shall recover its allowable costs.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE