MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC. and X CORP.,<br><br>    Defendants | Case No. 3:23-cv-01788-JD<br><br>**REQUEST FOR REFERRAL TO ADR** |

1    Pursuant to the Local Rules for Alternative Dispute Resolution in the United States District
2    Court for the Northern District of California, Defendant X Corp. hereby requests that the Court
3    refer the Parties to ADR.

4
5    At the May 8, 2025 hearing on Plaintiff's Motion for Leave to File a Second Amended
6    Complaint, the Court inquired about the resolution of the matter. The following exchange occurred:

7    MR. MECKLEY: If this case could be worked out given its status now, we should be able to work it out informally as opposed to needing a private mediator.

8    THE COURT: Do you agree with that?

9    MS. LISS-RIORDAN: Probably.

10
11   THE COURT: All right. Well, if you can't get something going in two weeks, just send me a little statement, and I'll send you to someone. Okay?

12   MS. LISS-RIORDAN: Okay

13   *See* May 8, 2025 Transcript of Proceedings at 10:17-19

14
15   Pursuant to the Court's comments at the May 8 hearing, Defendant requests that the Court
16   issue an Order referring the Parties to the Court's panel mediation program, pursuant to ADR Local
17   Rules 2-5 and 6-3.

18   Given the currently scheduled trial date of September 17, 2025, Defendant requests that the
19   Court's referral order specify that the mediation be completed no later than August 29, 2025.

20
21
22   Dated: July 28, 2025                              MORGAN, LEWIS & BOCKIUS LLP

23                                                    By:  /s/ Eric Meckley
                                                           Eric Meckley
24                                                         Ashlee Cherry
                                                           Attorneys for Defendant
25                                                         X CORP. f/k/a TWITTER, INC.
26
27
28

                                         2                    REQUEST FOR REFERRAL TO ADR
                                                              CASE NO. 3:23-CV-01788-JD