Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (admitted *pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF SHANNON LISS-RIORDAN**

I, Shannon Liss-Riordan, declare under penalty of perjury that the following statements are true and correct:

1. My name is Shannon Liss-Riordan and I am an attorney duly licensed to practice law in the state of California. I represent the named plaintiff in the above-captioned case. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. In addition, I represent more than 2,000 former Twitter employees who were laid off after Elon Musk's acquisition of the company and are pursuing claims arising from their layoffs in individual arbitration proceedings.

3. On August 25, 2023, I defended the deposition of Plaintiff Eitan Adler before a certified court reporter, taken by Defendants' counsel. Attached as **Exhibit 1** are excerpts from his deposition transcript cited in Plaintiff's Opposition.

4. On May 9, 2024, I took the deposition of Elon Musk before a certified court reporter, and Defendants' counsel defended the deposition. Attached as **Exhibit 2** are excerpts from his deposition transcript cited in Plaintiff's Opposition. During the deposition, Mr. Musk authenticated a number of documents, which are attached as separate exhibits below:

    a. Mr. Musk's tweet on April 9, 2023, attached as **Exhibit 3**.

    b. Mr. Musk's tweet on October 29, 2021, attached as **Exhibit 4**.

    c. Mr. Musk's email to all employees on November 10, 2022, attached as **Exhibit 5**.

5. On February 21, 2024, I took the deposition of Steve Davis before a certified court reporter, and Defendants' counsel defended the deposition. Attached as **Exhibit 6** are excerpts from his deposition transcript cited in Plaintiff's Opposition. During the deposition, Mr. Davis authenticated documents, one of which is attached as a separate exhibit below:

    a. Text message between Mr. Davis and Elon Musk regarding cost-cutting measures,

1

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
3:23-CV-01788-JD

attached as **Exhibit 7**.

6. On August 23, 2024, Bradley Manewith took the deposition of Katie Marcotte before a certified court reporter, and Defendants' counsel defended the deposition. Attached as **Exhibit 8** are excerpts from her deposition transcript cited in Plaintiff's Opposition.

7. **Exhibits 9-14** are documents and information that were produced and authenticated by Twitter in the context of arbitrations. This includes:

   a. A description of the Social Watercooler Slack channel, attached as **Exhibit 9**.

   b. A spreadsheet created by James Musk organizing engineers by their number of their code commits. An excerpt of the top five engineers with the most code commits is attached as **Exhibit 10**.

   c. WARN Act notices that Twitter provided to employees separated from the company on November 4, 2022, attached as **Exhibit 11**.

   d. WARN Act notices that Twitter provided to employees separated from the company on November 18, 2022, attached as **Exhibit 12**.

   e. A list of 36 employees Twitter terminated on November 15, 2023, attached as **Exhibit 13**.

   f. Mr. Musk's text messages about Twitter employees, attached as **Exhibit 14**.

   g. Twitter has stipulated that as a result of Mr. Musk's Fork-in-the-Road email, 1,109 additional employees were eliminated from Twitter.

8. Defendants produced Slack messages between James Musk and others as part of discovery, attached as **Exhibit 15**.

9. Biographer Walter Isaacson provided a declaration (**Exhibit 16**), authenticating that his book, *Elon Musk* (2023) is true and accurate to the best of his ability.

   a. An excerpt of page 513 is attached as **Exhibit 17**.

2

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
3:23-CV-01788-JD

1  I swear under the pains and penalties of perjury that the foregoing is true and accurate to
2  the best of my ability.

3

4  Dated: July 31, 2025                    /s/ Shannon Liss-Riordan_____
5                                          Shannon Liss-Riordan

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
3:23-CV-01788-JD