# Exhibit 2
## Filed Under Seal

# Exhibit 3
## Filed Under Seal

# Exhibit 4
## Filed Under Seal

# Exhibit 5
## Filed Under Seal

# Exhibit 6
## Filed Under Seal

# Exhibit 7
## Filed Under Seal

# Exhibit 8
## Filed Under Seal

# Exhibit 9
## Filed Under Seal

# Exhibit 10
## Filed Under Seal

# Exhibit 11
## Filed Under Seal

# Exhibit 12
## Filed Under Seal

# Exhibit 13
## Filed Under Seal

# Exhibit 14
Filed Under Seal