# Exhibit 15

Messages in **mpdm-brezaei--jmusk--ajeetgrewal-1** on **2022-11-19**

**BR**  **brezaei (Behnam Rezaei)** 2022-11-19 05:51 AM
Hi James, when we were looking at the bring back list, we were looking at Eitan Adler. Do you know how bad was what he said that caused the firing? He is a coding and engineering legend at twitter. Bringing him back can turn the tide for a lot of outstanding engineers in our critical list.

**JM**  **jmusk (James Musk)** 2022-11-19 07:59 AM
Yes, will try to bring him back. Can you reach out?

**AG**  **ajeetgrewal (Ajeet Grewal)** 2022-11-19 03:48 PM
Discussed in person yesterday. His colleague mwilliford (Marcus Williford) is reaching out, I think he is our best shot

**BR**  **brezaei (Behnam Rezaei)** 2022-11-19 03:52 PM
Ajeet, I am happy to talk to him as well if you think it would be helpful

**AG**  **ajeetgrewal (Ajeet Grewal)** 2022-11-19 04:05 PM
It might, could you please check with mwilliford (Marcus Williford)? Luke had mentioned something yesterday about a rumor that Luke fired him? Not sure what Eitan thinks, I have not spoken to him. Perhaps a different reporting chain is an option that is more palatable to Eitan, and helps us bring back strong talent.

**BR**  **brezaei (Behnam Rezaei)** 2022-11-19 07:50 PM
Reached out to Marcus

**BR**  **brezaei (Behnam Rezaei)** 2022-11-19 07:50 PM
Let's see how it goes

**AG**  **ajeetgrewal (Ajeet Grewal)** 2022-11-19 08:08 PM
ack

X_ARBS_000013483