# Exhibit 16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, on behalf of themselves and all others situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC., and X Corp.,<br><br>Defendants. | Case No. 3:23-cv-01788<br><br>**DECLARATION OF WALTER ISAACSON** |

Pursuant to 28 U.S.C. § 1746, I, **WALTER ISAACSON**, declare as follows:

1. I am the author of the biography *Elon Musk*, published in 2023 by Simon & Schuster (the "Book"). This declaration is based on my personal knowledge.

2. I confirm the accuracy of the specific quotes included in the Book that were derived from my interviews with sources for the Book.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 26, 2024.

_____
WALTER ISAACSON