# Exhibit 17



"We can't fire Parag until he signs the certificate, right?" Musk asked at one point.

"I would rather fire them before the thing is consummated," Spiro replied. He checked with his colleagues and worked out options as they waited for the Federal Reserve reference numbers showing that funds had been transferred.

At 4:12 p.m. Pacific Time, once they had confirmation that the money had transferred and the necessary documents had in fact been signed, Musk and his team pulled the trigger to close the deal. Jehn Balajadia, a longtime Musk assistant who had been reenlisted to help with the Twitter takeover, delivered at precisely that moment letters of dismissal to Agrawal, Ned Segal, Vijaya Gadde, and general counsel Sean Edgett. Six minutes later, Musk's top security officer came in to say that all had been "exited" from the building and their access to email cut off.

The instant email cutoff was part of the plan. Agrawal had his letter of resignation, citing the change of control, ready to send. But when his Twitter email was cut off, it took him a few minutes to get the document into a Gmail message. By that point, he had already been fired by Musk.

"He tried to resign," Musk said.

"But we beat him," Spiro replied.

In an adjoining part of Twitter headquarters, the company was throwing a Halloween party, filled with farewell hugs, called "Trick or Tweet." Birchall joked to the others in the war room, "Ned Segal came costumed as a CFO." In the nearby conference rooms, some of the SpaceX engineers were glued to a video stream on their computers. Just after 6 p.m., a Falcon 9 rocket lifted off from Vandenberg carrying fifty-two Starlink satellites.

Michael Grimes, the lead banker at Morgan Stanley, flew up from Los Angeles and arrived in the war room bearing gifts. The first was a montage showing historical defenses of free speech, beginning with John Milton in 1644 and culminating with Musk walking into Twitter headquarters and saying, "Let that sink in!" He also brought a bottle of Pappy Van Winkle, the world's best bourbon, which his wife