Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (admitted *pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

Attorneys for Plaintiff Eitan Adler

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EITAN ADLER, | Case No. 3:23-cv-01788-JD |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| TWITTER, INC. and X CORP., | |
| Defendants. | |

**[PROPOSED] ORDER**

The Motion for Summary Judgment of Defendants Twitter, Inc. and X Corp. was heard before the Court, the Honorable James Donato presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **DENIES** Defendant's Motion for Summary Judgment and the trial shall begin as scheduled on September 17, 2025.

**IT IS SO ORDERED**.

Dated: _____, 2025    _____
                    HON. JAMES DONATO
                    UNITED STATES DISTRICT JUDGE