Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (admitted *pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**PLAINTIFF'S MOTION TO SEAL** |

Pursuant to Local Rule 7-11 and Subsection E of this Court's Standing Order, Plaintiff respectfully requests that this Court permit him to file **Exhibits 2-14** to Shannon Liss-Riordan's Declaration in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment under seal, and to redact portions of the Opposition which refer to information contained in these exhibits.

While Plaintiff does not agree that these materials are confidential, Twitter takes the position that it can file deposition excerpts and other documents produced during discovery not under seal (ECF No. 108), but Plaintiff cannot. Nonetheless, Plaintiff requests that the Court initially allow these exhibits and portions of the Opposition to be filed under seal, to allow Twitter to make its argument as to why they should remain sealed.

Dated: July 31, 2025

Respectfully submitted,

EITAN ADLER,

By his attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Bradley Manewith (*pro hac vice*)
*bmanewith@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801