Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
Bradley Manewith (admitted *pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC. and X CORP., <br><br> Defendants. | Case No. 3:23-cv-01788-JD <br><br> **DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL** |

# DECLARATION OF SHANNON LISS-RIORDAN

I, Shannon Liss-Riordan, declare under penalty of perjury that the following statements are true and correct:

1. My name is Shannon Liss-Riordan. I represent the named plaintiff in the above-captioned case.

2. In addition, I represent more than 2,000 former Twitter employees who were laid off after Elon Musk's acquisition of the company and are pursuing claims arising from their layoffs in individual arbitration proceedings.

3. Exhibits 2-14 to Plaintiff's Opposition to Defendants' Motion for Summary Judgement are evidence and testimony from arbitrations that my firm has brought against Defendants Twitter, Inc. and X Corp.

4. I do not believe this material is confidential, and Defendants have filed deposition transcript excerpts from these arbitrations not under seal. *See,* Dkt. 108. Yet, Defendants have taken the position that Plaintiff must file excerpts from the same transcripts under seal.

5. Nevertheless, Plaintiffs request this Court's permission to file these exhibits (and portions of the motion referring to these exhibits) initially under seal, to give Twitter the opportunity to explain to the Court why only Plaintiff's exhibits and deposition transcript excerpts should be sealed.

I swear under the pains and penalties of perjury that the foregoing is true and accurate to the best of my ability.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

Dated:      July 31, 2025