UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eitan Adler,<br><br>    Plaintiff,<br><br>    v.<br><br>Twitter, Inc., et al.,<br><br>    Defendant. | Case No. 23-cv-01788-JD<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Joshua Konecky
> Konecky Mediation
> 921 Ensenada Ave.
> Berkeley, CA 94707
> 415.602.6556
> joshua@mediationcollab.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
23-cv-01788-JD

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 6, 2025

                                        MARK B. BUSBY
                                      Clerk of Court
                                      by:  Alice M. Fiel

ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
23-cv-01788-JD                        2