SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice*)
(bmanewith@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

*Attorneys for Plaintiff Eitan Adler*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendant X Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EITAN ADLER, on behalf of himself and all others similarly situated,
,

Plaintiff,

v.

TWITTER, INC., and X CORP.

Defendants.

Case No. 3:23-cv-01788-JD

**STIPULATION AND [PROPOSED] ORDER REQUESTING CHANGE OF DATE FOR SUMMARY JUDGMENT HEARING**

Pursuant to the Court's Civil Local Rule 6-2, Plaintiff Eitan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant"), by and through their undersigned counsel, hereby stipulate as follows:.

WHEREAS, this case is scheduled for a bench trial on September 17, 2025 (as Plaintiff has not opposed Defendant's motion to strike the demand for a jury) (Dkt. 107).

WHEREAS, Defendant filed a motion for summary judgment on July 17, 2025 (Dkt. 108), Plaintiff filed his opposition on July 31, 2025 (Dkt. 111), and Defendant is due to file a reply today, August 7, 2025.

WHEREAS, the motion was set for hearing on August 21, 2025, at 10:00 a.m.

WHEREAS, Shannon Liss-Riordan, lead counsel for Plaintiff, is not available for the hearing that day, as she is scheduled for an in-person summary judgment hearing in Massachusetts that day.

WHEREAS, the Parties have conferred and lead counsel for both sides are available for the hearing the next day, on August 22, 2025, or the following week on August 25 or 27, , and ask that the hearing be moved to one of those dates, based upon the Court's availability.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1.  The summary judgment hearing scheduled for August 21, 2025, be rescheduled for August 22, 2025, or the following week on August 25 or 27, based on the Court's availability.

Respectfully submitted,

EITAN ADLER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC., and X CORP.

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com
brian.berry@morganlewis.com
*Attorneys for Defendant*

Dated:        August 7, 2025

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on August 7, 2025.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders as follows:

1. The hearing on Defendant's motion for summary judgment current set for August 21, 2025 is hereby continued to _____ at _____ a.m./p.m..

IT IS SO ORDERED.

Dated: _____          _____
                                       Hon. James Donato
                                       District Court Judge