SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,*
*on behalf of himself and all others*
*similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF MOTION FOR SHORTENING OF TIME TO HEAR PLAINTIFF'S MOTION FOR ORDER COMPELLING ELON MUSK TO APPEAR AND TESTIFY AT TRIAL** |

I, SHANNON LISS-RIORDAN, declare, and affirm the following to be true under penalty of perjury.

1.    I am the attorney for Plaintiff Eitan Adler and submit this declaration in support of Plaintiff's Motion for Shortening of Time to Hear Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial.

2.    On August 5, 2025, counsel for Respondents Twitter, Inc. and X Corp. ("Twitter") represented that Twitter will not be producing Elon Musk to testify at trial, which is set for September 17, 2025.

3.    On August 7, 2025, I asked if Twitter's counsel would accept a subpoena for Elon Musk to appear at trial.

4.    I further indicated that Plaintiff intends to immediately file a motion to compel Mr. Musk's appearance, which could be heard together with Twitter's summary judgment motion.

5.    Twitter's counsel replied that they are not authorized to accept a trial subpoena for Mr. Musk in this matter.

Signed on August 7, 2025, in Boston, Massachusetts.


Respectfully submitted,

SHANNON LISS-RIORDAN

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF MOTION FOR SHORTENING OF TIME
TO HEAR PLAINTIFF'S MOTION FOR ORDER COMPELLING
ELON MUSK TO APPEAR AND TESTIFY AT TRIAL

1

## **CERTIFICATE OF SERVICE**

2

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document

3

was served on counsel for Defendants Twitter, Inc. and X Corp. via the CM/ECF system on

4

August 7, 2025.

5

6

7                                              /s/ Shannon Liss-Riordan
                                               Shannon Liss-Riordan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF MOTION FOR SHORTENING OF TIME
TO HEAR PLAINTIFF'S MOTION FOR ORDER COMPELLING
ELON MUSK TO APPEAR AND TESTIFY AT TRIAL