SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,*
*on behalf of himself and all others*
*similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SHORTENING OF TIME TO HEAR PLAINTIFF'S MOTION FOR ORDER COMPELLING ELON MUSK TO APPEAR AND TESTIFY AT TRIAL** |

# [PROPOSED] ORDER

For good cause appearing, the Court hereby GRANTS Plaintiff's Motion for Shortening of Time to Hear Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial.

THEREFORE, IT IS ORDERED as follows:

1. Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial will be heard concurrently with Defendants' Motion for Summary Judgment, on _____ at _____ a.m./p.m.

IT IS SO ORDERED.

Dated: _____       _____

Hon. James Donato
District Court Judge