SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Eitan Adler,
on behalf of himself and all others
similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER COMPELLING ELON MUSK TO APPEAR AND TESTIFY AT TRIAL** |

**[PROPOSED] ORDER**

Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial was heard before the Court, the Honorable James Donato presiding. The parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby GRANTS Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial. The Court ORDERS Defendants to produce Elon Musk to testify at trial.

IT IS SO ORDERED.

Dated: _____          _____

Hon. James Donato
District Court Judge