MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TWITTER, INC. and X CORP.,<br><br>                    Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF BRIAN D. BERRY IN SUPPORT OF DEFENDANT X CORP.'S OPPOSITION TO MOTION FOR SHORTENING OF TIME TO HEAR PLAINTIFF'S MOTION FOR ORDER COMPELLING ELON MUSK TO APPEAR AND TESTIFY AT TRIAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF BRIAN D. BERRY
Case No. 3:23-cv-01788-JD

**DECLARATION OF BRIAN D. BERRY**

I, Brian D. Berry, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, and am counsel for Defendant X Corp. formerly known as Twitter, Inc. ("Defendant" or "X") in the above-captioned matter. I submit this Declaration in support of Defendant's Opposition to Motion for Shortening of Time to Hear Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. On or about April 12, 2024, Defendant entered into a stipulation governing Plaintiff's counsel's deposition of Elon Musk. Under the stipulation, Plaintiff's counsel (Lichten & Liss-Riordan P.C.) agreed that they would depose Mr. Musk only once and that, absent extraordinary circumstances, he would not be deposed again in any other then-pending or future-filed employment case, whether in arbitration or in court, brought by Plaintiff's counsel against Defendant related to Mr. Musk's acquisition of Twitter, and/or the events leading up and subsequent to his acquisition of Twitter.

3. Plaintiff's counsel subsequently deposed Mr. Musk.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on August 11, 2025, at San Francisco, California.

                                         */s/ Brian D. Berry*
                                         Brian D. Berry