1 MORGAN, LEWIS & BOCKIUS LLP
  Eric Meckley, Bar No. 168181
2 eric.meckley@morganlewis.com
  Brian D. Berry, Bar No. 229893
3 brian.berry@morganlewis.com
  One Market, Spear Street Tower
4 San Francisco, CA 94105-1596
  Tel:   +1.415.442.1000
5 Fax:   +1.415.442.1001

6 MORGAN, LEWIS & BOCKIUS LLP
  Ashlee N. Cherry, Bar No. 312731
7 ashlee.cherry@morganlewis.com
  1400 Page Mill Road
8 Palo Alto, CA 94304
  Tel:   +1.650.843.4000
9 Fax:   +1.650.843.4001

10 Attorneys for Defendant
   X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EITAN ADLER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-01788-JD<br><br>**DECLARATION OF ERIC MECKLEY IN SUPPORT OF DEFENDANT X CORP.'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER COMPELLING ELON MUSK TO APPEAR AND TESTIFY AT TRIAL**<br><br>Date:　　August 28, 2025<br>Time:　　10:00 a.m.<br>Judge:　 Hon. James Donato |

DECLARATION OF ERIC MECKLEY
Case No. 3:23-CV-01788-JD

# DECLARATION OF ERIC MECKLEY

I, Eric Meckley, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, and am counsel for Defendant X. Corp. formerly known as Twitter, Inc. ("Defendant" or "X") in the above-captioned matter. I submit this Declaration in support of Defendant's Opposition to Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. On January 31, 2024, Plaintiff's counsel deposed James Musk before a certified court reporter. My law firm subsequently received from the court reporter a copy of James Musk's deposition transcript. Attached as **Exhibit 1** are excerpts of this deposition transcript cited in Defendant's Motion.

3. On February 2, 2024, Plaintiff's counsel deposed Andrew Musk before a certified court reporter. My law firm subsequently received from the court reporter a copy of Andrew Musk's deposition transcript. Attached as **Exhibit 2** are excerpts of this deposition transcript cited in Defendant's Motion.

4. On March 26, 2024, Plaintiff's counsel deposed Ross Nordeen before a certified court reporter. My law firm subsequently received from the court reporter a copy of Mr. Nordeen's deposition transcript. Attached as **Exhibit 3** are excerpts of this deposition transcript cited in Defendant's Motion.

5. On May 9, 2024, Plaintiff's counsel deposed Elon Musk before a certified court reporter. My law firm subsequently received from the court reporter a copy of Elon Musk's deposition transcript. Attached as **Exhibit 4** are excerpts of this deposition transcript cited in Defendant's Motion.

6. On May 22, 2024, Plaintiff's counsel deposed Christopher Stanley before a certified court reporter. My law firm subsequently received from the court reporter a copy of Mr. Stanley's deposition transcript. Attached as **Exhibit 5** are excerpts of this deposition transcript cited in Defendant's Motion.

7. On April 17, 2024, Plaintiff's counsel deposed Defendant's Rule 30(b)(6) corporate designee witness Lauren Wegman before a certified court reporter. My law firm subsequently received from the court reporter a copy of Ms. Wegman's deposition transcript. Attached as **Exhibit 6** are excerpts of this deposition transcript cited in Defendant's Motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on August 21, 2025, at San Francisco, California.

_____
Eric Meckley