# EXHIBIT 1

```
 1                      JAMS ARBITRATION
 2          BEFORE ARBITRATOR MICHAEL LOEB, ESQ.
 3
 4   JESSICA PAN,
 5              Claimant,
                                     Jams No.: 1100115270
 6              v.
 7   TWITTER, INC.,
 8              Respondent.
 9   _____
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14              DEPOSITION OF JAMES MUSK
15
16              January 31, 2024
17                 12:13 p.m.
18
19       1 Market Street, Spear Street Tower
20             San Francisco, California
21
22
23   REPORTED BY:
24   Siew G. Ung
25   CSR No. 13994, RPR, CSR
```

| | | |
|---|---|---|
| Jessica Pan vs<br>Twitter, Inc. and X Corp., | Attorneys Eyes Only | James Musk<br>January 31, 2024 |

```
                                                                    2
 1   REMOTE APPEARANCES:
 2

 3       For Claimant:

 4           LICHTEN & LISS-RIORDAN, PC
             SHANNON LISS-RIORDAN, ESQ.
 5           729 Boylston Street, Suite 2000
             Boston, Massachusetts 02116
 6           sliss@llrlaw.com
             617.994.5800
 7

 8       For Respondant:

 9           QUINN EMANUEL URQUHART & SULLIVAN, LLP
             JULIA CHOE, ESQ.
10           ERIC MECKLEY, ESQ.
             865 South Figueroa Street, Floor 10
11           Los Angeles, California 90017
             juliachoe@quinnemanuel.com
12           213.443.3000

13           X
             MARY HANSBURY, ESQ. (in-house)
14           ADAM MEHES, ESQ. (in-house, remote)

15       Also Present:

16           Jason Butko, Videographer

17

18

19

20

21

22

23

24

25
```

| Jessica Pan vs | Attorneys Eyes Only | James Musk |
| Twitter, Inc. and X Corp., | | January 31, 2024 |

3

1  INDEX TO EXAMINATIONS
2
3  WITNESS: James Musk
4  EXAMINATION                                    PAGE
5  BY MS. LISS-RIORDAN                              6
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                4
1                         INDEX TO EXHIBITS
2                            JAMES MUSK
3                         January 31, 2024
4                   Siew G. Ung, CSR No. 13994, RPR
5    MARKED                 DESCRIPTION                        PAGE
6
7    Exhibit 1          Screenshots                             70
8                       (X_ARBS_LLR_000000018 to
9                       X_ARBS_LLR_000000137)
10
11
12
...
25
```

5

1        WEDNESDAY, JANUARY 31, 2024, 12:13 P.M.
2                           ***
3            THE VIDEOGRAPHER:  This is the start of
4   Media Number 1 in the deposition of James Musk, in
5   the matter of Jessica Pan versus Twitter, Inc. and X
6   Corp.  This is being held -- filed in the JAMS
7   Arbitration, Number 1100115270.  This deposition is
8   being taken at One Market Street, Spear Street Tower
9   in San Francisco, California, on January 31st, 2024.
10  The time is approximately 12:13 p.m.
11           My name is Jason Butko with Magna Legal
12  Services.
13           Counsel, can you please identify
14  yourselves and who you represent, starting with the
15  questioning attorney.
16           MS. LISS-RIORDAN:  I'm Shannon
17  Liss-Riordan, and I represent the claimants and
18  plaintiffs.
19           MS. CHOE:  Julie Choe from Quinn Emanuel
20  on behalf of Twitter, Inc. and X Corp, and also here
21  representing the witness.
22           MR. MECKLEY:  And Eric Meckley, Morgan
23  Lewis, on behalf of Defendants/Respondents.
24           MS. HANSBURY:  Mary Hansbury for the
25  defendants.

6

1  THE VIDEOGRAPHER: Okay. And can the
2  court reporter please swear in the witness.
3                    JAMES MUSK,
4   having been first duly sworn, was examined and
5                 testified as follows:
6           THE VIDEOGRAPHER: You may proceed.
7           MS. LISS-RIORDAN: Okay, thank you.
8           EXAMINATION BY MS. LISS-RIORDAN
9       Q.  Good morning.
10      A.  Morning.
11          MS. LISS-RIORDAN: Before we get started,
12  I just want to put on the record that although the
13  videographer had the case caption as Jessica Pan
14  versus Twitter, this is a deposition that may be
15  used for multiple arbitrations as well as court
16  cases that our firm, Lichten & Liss-Riordan, is
17  litigating against Twitter and X.
18          MR. MECKLEY: Per our agreement in the
19  protocol, yes.
20          MS. LISS-RIORDAN: Okay. Okay. All
21  right. Thank you.
22  BY MS. LISS-RIORDAN:
23      Q.  Good morning, Mr. Musk.
24      A.  Good morning.
25      Q.  Can you please state your full name for

159

1  bathroom break.
2          MS. LISS-RIORDAN:  No, not while a
3  question is pending.  I'm in a middle of the series
4  of questions.  In five minutes you can take a break.
5          Can you please read back the last
6  question?
7          MS. CHOE:  You can do one more question.
8  I mean, I also have to go to the bathroom, to be
9  honest.  We've been going over an hour and the --
10 the witness has said he wants -- he needs a bathroom
11 break.
12              (Whereupon, the requested portion of
13               the transcript was read back as
14               follows:  "Okay.  So there were
15               further layoffs after November 3rd and
16               4th of individuals who were deemed to
17               be security risks or not sufficiently
18               loyal to Elon?")
19         MS. CHOE:  Same objections as before.
20         THE WITNESS:  This is not what I said.
21 There was an exercise to determine people who were
22 being insubordinate and who were security risks.
23 BY MS. LISS-RIORDAN:
24    Q.  And those individuals were laid off?
25    A.  No, those individuals weren't laid off.

160

1  They were fired.
2      Q.  You were involved in determining who those
3  individuals would be?
4      A.  I helped with that process, yes.
5      Q.  Who else was involved in that process?
6      A.  I don't recall everyone.  But Ross Nordeen
7  is one person.  Andrew Musk, Thomas Dmytryk, Tim
8  Zaman, I believe, Jake Yoni [phonetic], Chris
9  Stanley, Dhaval.  I don't know if that's
10 comprehensive though.
11     Q.  And what did that group do?
12         MS. CHOE:  This is the last question then
13 we are taking a break to go off the record.
14         THE WITNESS:  There were many factors
15 there were considered.  One factor was looking at
16 who had sudo access to the various systems.
17         MS. CHOE:  All right.  We are taking a
18 break.  Going off the record.  Thank you.
19         MS. LISS-RIORDAN:  All right.  I did not
20 authorize this break.  I still have questions to
21 ask, and then I said we can take a break in five
22 minutes, and it hasn't been five minutes.
23         MS. CHOE:  It's been three minutes.  And
24 the witness said on the record he needed to go to
25 the bathroom, so if you want to litigate that the

| Jessica Pan vs | Attorneys Eyes Only | James Musk |
| --- | --- | --- |
| Twitter, Inc. and X Corp., | | January 31, 2024 |

```
                                                                  162
 1        A.   I went to a bathroom break.
 2        Q.   And you consulted with your counsel?
 3        A.   I spoke to some of them.
 4        Q.   You were telling me about this process for
 5   reviewing employees after November 3rd and 4th who
 6   were seen as some type of a risk?
 7        A.   Insubordinate or -- yeah, security risk.
 8        Q.   Okay.  How -- what was the process for
 9   determining who those employees were?
10             MS. CHOE:  Objection.  Calls for a
11   narrative.
12             THE WITNESS:  There were multiple things
13   there were considered in making that decision.
14   BY MS. LISS-RIORDAN:
15        Q.   What was the process for making that
16   decision?
17        A.   Well, one thing we looked at was who had
18   privileged access to the Twitter back-end system.
19        Q.   Okay.  So anyone who had access to
20   Twitter's back end systems was targeted for
21   termination?
22             MS. CHOE:  Objection to form.
23             THE WITNESS:  No.  That was one thing we
24   looked at because you have to be cognizant of who
25   has sudo access in a software system.
```

| Jessica Pan vs<br>Twitter, Inc. and X Corp., | Attorneys Eyes Only | James Musk<br>January 31, 2024 |
|---|---|---|

163

```
 1  BY MS. LISS-RIORDAN:
 2       Q.  Okay.  But how was it decided who would be
 3  let go based on these concerns about risk?
 4       A.  There were multiple factors.  We would
 5  look at, you know, various -- various public -- or
 6  not public, like within the company, it's -- it's a
 7  term in Slack, like open to anyone Slack channels,
 8  and see if people were posting, you know, messages
 9  or remarks that were insubordinate or security
10  risks.
11       Q.  Okay.  Did you look at postings that
12  employees were making to determine if they appeared
13  insubordinate?
14       A.  Yes.
15       Q.  All right.  So what did you look at?
16       A.  We looked at messages in -- in -- in Slack
17  channels, and we would also look at, you know,
18  public statements by the employees on social
19  platforms.
20       Q.  Including Twitter?
21       A.  Including Twitter.
22       Q.  All right.  And then who made the decision
23  about which of these employees would be let go?
24       A.  We gave a recommendation of, you know,
25  who -- who the insubordinate and security risks
```

1  were, and then HR processed that -- that list, I
2  believe.  I don't know what happened after we
3  generated the list.
4       Q.  Did Elon make the decisions about which of
5  these employees would be let go?
6       A.  I don't know.
7       Q.  Do you know who made the decision?
8           MS. CHOE:  Objection.  Asked and answered.
9           THE WITNESS:  I don't know.
10 BY MS. LISS-RIORDAN:
11      Q.  Who were some of these employees who were
12 let go based on this review?
13      A.  I don't recall their names.
14      Q.  Did you determine any of these employees
15 who should be let go because they constituted a
16 risk?
17          MS. CHOE:  Objection as to form and vague.
18          THE WITNESS:  I gave inputs as to whether
19 they were a security risk and whether their messages
20 constituted insubordination or security risk.
21 BY MS. LISS-RIORDAN:
22      Q.  Who were the employees you gave that for?
23      A.  I think they were many on that list.  I
24 don't remember.
25      Q.  Can you tell me any of them?

230

1        DEPOSITION OFFICER'S CERTIFICATE
2            I, the undersigned, a Certified Shorthand
3   Reporter of the State of California, do hereby
4   certify:
5            That the foregoing proceedings were taken
6   before me at the time and place herein set forth; that
7   any witnesses in the foregoing proceedings, prior to
8   testifying, were duly sworn; that a record of the
9   proceedings was made by me using machine shorthand,
10  which was thereafter transcribed under my direction;
11  that the foregoing transcript is a true record of the
12  testimony given.
13           Further, that if the foregoing pertains to the
14  original transcript of a deposition in a federal case,
15  before completion* of the proceedings, review of the
16  transcript [ ] was [ ] was not requested.
17           I further certify I am neither financially
18  interested in the action nor a relative or employee of
19  any attorney or party to this action.
20           IN WITNESS WHEREOF, I have this date
21  subscribed my name.
22  *Proceedings were suspended.
23  Dated:   2/1/2024
24          *Siew Ung*
25          Siew Ung, RPR, CSR No. 13994

Jessica Pan vs                    Attorneys Eyes Only                    James Musk
Twitter, Inc. and X Corp.,                                                January 31, 2024

232

1  DEPOSITION ERRATA SHEET

2  Reason Codes:   1. To clarify the record.
                   2. To conform to the facts.
3                  3. To correct transcription errors.

4  Page  5     Line  19    Reason  3   

5  From  Julie                          to Julia                          

6  Page  94    Line  17    Reason  3   

7  From  Silvioa                        to Silvio                         

8  Page  96    Line  10    Reason  3   

9  From  Migash                         to Nigesh                         

10 Page  96    Line  17    Reason  3   

11 From  Antonia Smulder                to Antonius Mulder                

12 Page  165   Line  9-17  Reason  3   

13 From  Aurora task kill all star  to aurora task killall *        

14 Page  197   Line  16    Reason  3   

15 From  little                         to legal                          

16 Page  207   Line      24           
   Reason
17 From  Those were                     to Were those                     

18 Page  _____ Line  _____ Reason  _____

19 From  _____ to _____

20 Page  _____ Line  _____ Reason  _____

21 From  _____ to _____

22     X      Subject to the above changes, I certify that
              the transcript is true and correct.
23  _____ No changes have been made.  I certify that the
              transcript is true and correct.
24            _____
25                        James Musk