# EXHIBIT 2

```
 1                    JAMS ARBITRATION
 2          BEFORE ARBITRATOR MICHAEL LOEB, ESQ.
 3
 4  JESSICA PAN,
 5              Claimant,
                                    Jams No.: 1100115270
 6              v.
 7  TWITTER, INC.,
 8              Respondent.
 9  _____
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14              DEPOSITION OF ANDREW MUSK
15
16                 February 2, 2024
17                    10:14 a.m.
18
19       1 Market Street, Spear Street Tower
20             San Francisco, California
21
22
23  REPORTED BY:
24  Siew G. Ung
25  CSR No. 13994, RPR, CSR
```

| | | |
|---|---|---|
| Jessica Pan vs<br>Twitter, Inc. and X Corp., | Attorneys Eyes Only | Andrew Musk<br>February 02, 2024 |

```
                                                          2
1   REMOTE APPEARANCES:

2

3      For Claimant:

4          LICHTEN & LISS-RIORDAN, PC
           SHANNON LISS-RIORDAN, ESQ.
5          BRADLEY MANEWITH, ESQ. (remote)
           729 Boylston Street, Suite 2000
6          Boston, Massachusetts 02116
           sliss@llrlaw.com
7          617.994.5800

8      For Respondent:

9          QUINN EMANUEL URQUHART & SULLIVAN, LLP
           VICKI PARKER, ESQ.
10         50 California Street
           San Francisco, California 94111
11         vickiparker@quinnemanuel.com
           415.875.6600
12
           MORGAN LEWIS & BOCKIUS LLP.
13         ERIC MECKLEY, ESQ.
           One Market Spear Street Tower
14         San Francisco, California 94105
           Eric.meckley@morganlewis.com
15         415.442.1013

16         X
           MARY HANSBURY, ESQ. (in-house)
17         ADAM MEHES, ESQ. (in-house)

18     Also Present:

19         Joseph Blea, Videographer

20

21

22

23

24

25
```

| Jessica Pan vs<br>Twitter, Inc. and X Corp., | Attorneys Eyes Only | Andrew Musk<br>February 02, 2024 |
|---|---|---|

3

```
 1                  INDEX TO EXAMINATIONS
 2
 3               WITNESS: ANDREW MUSK
 4  EXAMINATION                                         PAGE
 5  BY MS. LISS-RIORDAN                                    6
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Jessica Pan vs Twitter, Inc. and X Corp., | Attorneys Eyes Only | Andrew Musk February 02, 2024 |

```
                                                                    4
1                         INDEX TO EXHIBITS
2                            ANDREW MUSK
3                          February 2, 2024
4                  Siew G. Ung, CSR No. 13994, RPR
5    MARKED              DESCRIPTION                         PAGE
6
7    Exhibit 1           Document (X_ARBS_LLR_163 to          121
8                        X_ARBS_LLR_166)  * marked on
9                        page 161
10
11   Exhibit 2           Documents (X_ARBS_LLR_142 to         133
12                       X_ARBS_LLR_145)  *marked on page
13                       161
14
15   Exhibit 3           Documents (X_ARBS_LLR_181 to         134
16                       X_ARBS_LLR_205)
17
18
19
20
21
22
23
24
25
```

5

1     FRIDAY, FEBRUARY 2, 2024, 10:14 A.M.
2                      ***
3         THE VIDEOGRAPHER:  This is the start of
4  media labeled Nu- -- Number 1 of the video-recorded
5  deposition of Andrew Musk in the matter:  Jessica
6  Pan versus Twitter, Inc. and X Corp. in JAMS
7  Arbitration, JAMS Number 1100115270.
8         This deposition is being held at One
9  Market Street in San Francisco, California on
10 February 2nd, 2024, at approximately 10:14 a.m.  My
11 name's Joseph Blea.  I'm the legal video specialist
12 from Magna Legal Services.
13        The court reporter today is Siew Ung, also
14 in association with Magna Legal Services.
15        Counsel, would you please introduce
16 yourselves, including those on Zoom, starting with
17 the questioning attorney.
18        MS. LISS-RIORDAN:  I'm Shannon
19 Liss-Riordan, and I represent Plaintiffs and
20 Claimants in these matters.  And I will state, as we
21 stated on Wednesday, that even though the caption
22 that was used was Jessica Pan versus X and Twitter,
23 by agreement of the parties, this is a deposition
24 that can be used for any of the proceedings,
25 arbitrations, and court cases that our firm, Lichten

| Jessica Pan vs | Attorneys Eyes Only | Andrew Musk |
|---|---|---|
| Twitter, Inc. and X Corp., | | February 02, 2024 |

6

```
 1  & Liss-Riordan, has filed against Twitter and X.
 2          MS. PARKER:  Are you introducing your
 3  colleague?
 4          MS. LISS-RIORDAN:  Oh, and I am joined
 5  remotely by Bradley Manewith, who is watching by
 6  Zoom.
 7          MS. PARKER:  Vicki Parker of Quinn Emanuel
 8  on behalf of the witness and Defendants, X Corp. and
 9  Twitter.
10          MR. MECKLEY:  Eric Meckley of Morgan &
11  Lewis on behalf of Defendant and Respondent.
12          MS. HANSBURY:  Mary Hansbury and also Adam
13  Mehes for X Corp., representing Defendants.
14          THE VIDEOGRAPHER:  Thank you.  Will the
15  court reporter please swear in the witness and we
16  may proceed.
17                    ANDREW MUSK,
18   having been first duly sworn, was examined and
19                 testified as follows:
20      DIRECT EXAMINATION BY MS. LISS-RIORDAN
21  BY MS. LISS-RIORDAN:
22      Q.  Okay.  All right.  Good morning, Mr. Musk.
23      A.  Good morning.
24      Q.  How you are today?
25      A.  I'm good.  Thanks.  And you?
```

170

1  different access levels to different parts of the
2  infrastructure.  I remember seeing some of that
3  information.
4  BY MS. LISS-RIORDAN:
5      Q.  Did you participate in figuring out which
6  employees might be at risk of potential sabotage
7  against the company?
8          MS. PARKER:  Objection.  Vague.
9          THE WITNESS:  Yes.  In general, I was
10 looking at people who might be at risk or might be a
11 security risk to the company.
12 BY MS. LISS-RIORDAN:
13     Q.  How did you look for those people?
14     A.  I mean, some of -- so also this was part
15 of what I was doing, so it was not fully what I was
16 doing, but I had Slack.  And so there were cases in
17 Slack where people were writing messages that
18 posed -- or showed ideas of security threats,
19 basically.
20     Q.  So were you looking at Slack to see which
21 employees were writing messages that made them look
22 like security threats?
23     A.  Yes.
24     Q.  And what did you do with that information?
25     A.  I wrote down the name of the person.

| Jessica Pan vs | Attorneys Eyes Only | Andrew Musk |
|---|---|---|
| Twitter, Inc. and X Corp., | | February 02, 2024 |

```
                                                          171
 1        Q.   And what did you do with it after you
 2   wrote it down?
 3        A.   Just that, I wrote down the name.
 4        Q.   Did you give it to anybody?
 5        A.   I don't remember personally giving that
 6   information to anyone.
 7        Q.   Did you write it down for anyone to
 8   review?
 9        A.   I didn't know who was going to be
10   reviewing it, but I took note of it.
11        Q.   Was there one person you wrote down or
12   more than one person?
13        A.   I can't remember the specific number of
14   people that I wrote down.
15        Q.   Did you talk to any of those people?
16        A.   I can't remember talking to anyone who I
17   wrote down, but I can't be sure.  I don't -- I don't
18   think so.
19        Q.   Do you know whether anyone talked with any
20   of those people --
21             MS. PARKER:  Objection.  Calls for
22   speculation.
23   BY MS. LISS-RIORDAN:
24        Q.   -- about the concern that they might be a
25   security risk?
```

| Jessica Pan vs<br>Twitter, Inc. and X Corp., | Attorneys Eyes Only | Andrew Musk<br>February 02, 2024 |
|---|---|---|

173

1   taking down notes of people who could be sabotaging
2   the system.
3           And there were also -- I remember there
4   being a security team who was -- whose main concern
5   was around internal threat, basically.
6   BY MS. LISS-RIORDAN:
7       Q.  Who asked you to take you down the list of
8   people who could be a threat?
9           MS. PARKER:  Objection.  Misstates
10  testimony.  Lacks foundation.
11          THE WITNESS:  Like I said, I don't
12  remember anyone specifically telling me to take down
13  a list of names.
14  BY MS. LISS-RIORDAN:
15      Q.  Do you know if anyone else was taking down
16  such a list of names?
17          MS. PARKER:  Objection.  Calls for
18  speculation.
19          THE WITNESS:  I believe James was a part
20  of this.  I don't know about others for sure.
21  BY MS. LISS-RIORDAN:
22      Q.  All right.  Did you discuss this topic
23  with James?
24      A.  Yes, I -- I do remember discussing this
25  with James.

| Jessica Pan vs | Attorneys Eyes Only | Andrew Musk |
|---|---|---|
| Twitter, Inc. and X Corp., | | February 02, 2024 |

                                                                    174

```
 1        Q.   What do you recall discussing?
 2        A.   I remember sending him some Slack messages
 3   of something that I thought might be a threat.
 4        Q.   All right.  Did you turn those Slack
 5   messages over to counsel?
 6        A.   I did not, but I was told that Slack
 7   messages were all being turned over.
 8        Q.   And did you understand that the people who
 9   were being identified as potential threats were
10   going to be let go from Twitter?
11        A.   I didn't know when I was taking down their
12   names what was going to be happening -- what would
13   happen to them.
14        Q.   Who was on the security team you just
15   mentioned?
16        A.   I know that Yoni, a security engineer from
17   Tesla, was there.  I know that Chris Stanley from
18   SpaceX who runs security was there.  There was
19   someone from The Boring Company on a security team,
20   but I don't know his name.
21        Q.   So the security team was made up of
22   individuals who had not been from Twitter?
23        A.   I can't -- this was -- in my head, those
24   were security people.  I don't know who they were
25   speaking to.  I don't think -- I don't know if I
```

187

1       A.   As far as I know, people let go for cause,
2  where after the code review, certain people on the
3  lower end of the review were let go.
4       Q.   Okay.  What about before the code review?
5       A.   I wasn't -- your question is:  Do I know
6  if people -- do I know, today, if people were let go
7  for cause?
8       Q.   Yes.
9       A.   As far as I understand, yes, other people
10 were let go for cause.
11      Q.   Who do you know was let go for cause?
12      A.   I understand that there was a group let go
13 as a security threat of cause.
14      Q.   Who?
15      A.   Who were the people?
16      Q.   Yeah.
17      A.   I -- in terms of specific names -- I
18 wouldn't be sure to say a specific name.
19      Q.   Do you remember any of the names?
20      A.   Is -- is that not the same question?
21      Q.   It sounds like you don't remember all the
22 specific names.
23           Do you remember any of the names?
24      A.   No.  I wouldn't be sure to give a name
25 specifically around that.

| Jessica Pan vs | Attorneys Eyes Only | Andrew Musk |
|---|---|---|
| Twitter, Inc. and X Corp., | | February 02, 2024 |

```
                                                                    204
 1                     CERTIFICATE OF REPORTER
 2
 3        I, Siew Ung, a Certified Shorthand Reporter, do
 4   hereby certify:
 5        That prior to being examined, the witness in the
 6   foregoing proceedings was by me duly sworn to testify to
 7   the truth, the whole truth, and nothing but the truth;
 8        That said proceedings were taken before me at the
 9   time therein set forth and were taken down by me in
10   shorthand and thereafter transcribed into typewriting
11   under my direction and supervision;
12        I further certify that I am neither counsel for,
13   nor related to, any party to said proceedings, nor in
14   any way interested in the outcome thereof.
15        In witness whereof, I have hereunto subscribed my
16   name.
17
18
19   2/6/2024
20
21
22
23   [signature: Siew Ung]
24   _____
     Siew Ung
25   CSR No. 13994, RPR, CSR
```

| Jessica Pan vs Twitter, Inc. and X Corp., | Attorneys Eyes Only | Andrew Musk February 02, 2024 |
|---|---|---|

203

```
 1              DEPOSITION ERRATA SHEET
 2  Page No. ___ Line No. ____
 3  Change:_____
 4  Reason for change:_____
 5  Page No. _29__ Line No. 17___
 6  Change:___decisions -> discussions _____
 7  Reason for change:_transcription error _____
 8  Page No. 69__ Line No. 5___
 9  Change:___them -> then _____
10  Reason for change:__typo _____
11  Page No. __102_ Line No. _25__
12  Change:___events -> evidence_____
13  Reason for change:___transcription error _____
14  Page No. _121__ Line No. ___20__
15  Change:__? -> . _____
16  Reason for change:__typo _____
17  Page No. 148___ Line No. 3____
18  Change:_your -> you're _____
19  Reason for change: typo_____
20  Page No. 176___ Line No. 9 ___
21  Change:____delete "0" _____
22  Reason for Change:_typo _____
23      [signature]
24  _____       03/14/2024
                                        _____
25  ANDREW MUSK                              Dated
```