# EXHIBIT 4

Page 1

JAMS ARBITRATION
Before Arbitrator Michael Loeb, Esq.

KEENE NIEMACK,          )
    Claimant,          )
                       )
VS.                     ) JAMS Ref No.: 1601002285
                       )
TWITTER, INC.,          )
    Respondent.        )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

ELON MUSK

MAY 9, 2024

\*\*\*CONFIDENTIAL\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL AND VIDEOTAPED DEPOSITION OF ELON MUSK, produced as a witness at the instance of the Claimant, and duly sworn, was taken in the above-styled and numbered cause on May 9, 2024, from 8:39 a.m. to 4:38 p.m., before Donna Wright, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of QUINN EMANUEL URQUHART & SULLIVAN, LLP, 300 West 6th Street, Suite 2010, Austin, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.



Page 2

```
 1              A P P E A R A N C E S
 2
     FOR THE CLAIMANT:
 3        Ms. Shannon Liss-Riordan
          Mr. Bradley Manewith
 4        Mr. Thomas Fowler
          LICHTEN & LISS-RIORDAN, P.C.
 5        729 Boylston Street
          Suite 2,000
 6        Boston, Massachusetts 02116
          (617) 994-5800
 7        sliss@llrlaw.com
          bmanewith@llrlaw.com
 8        tfowler@llrlaw.com
 9
     FOR ELON MUSK:
10        Mr. Alex Spiro
          Mr. Phillip B. Jobe
11        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          51 Madison Avenue
12        22nd Floor
          New York, New York 10010
13        (212) 849-7000
          alexspiro@quinnemanuel.com
14
15   FOR X:
          Mr. Adam G. Mehes
16        X IN-HOUSE COUNSEL
          5323 Levander Loop
17        Austin, Texas 78702
          (347) 417-4940
18        amehes@x.com
19
     ALSO PRESENT:
20        David Flores - Videographer
          Jeremy Abay (via Zoom)
21        Samuel Davis (via Zoom)
          Matthew Carrieri (via Zoom)
22        Jack Bartholet (via Zoom)
          Mary Hansbury (via Zoom)
23        Eric Meckley (via Zoom)
24
25
```



```
 1                     INDEX
 2     Appearances............................   2
 3
 4     ELON MUSK
 5
       Examination by Ms. Liss-Riordan.........   7
 6     Examination by Mr. Spiro................ 363
       Further Examination by.................. 366
 7     Ms. Liss-Riordan
       Further Examination by Mr. Spiro........ 368
 8     Further Examination by.................. 373
       Ms. Liss-Riordan
 9
       Witness' Signature Page................. 378
10     Reporter's Certificate.................. 380
11
12                   EXHIBITS
13     NUMBER        DESCRIPTION                PAGE
14     Exhibit 1    ..........................   79
                    Excerpt from Merger
15                  Agreement
       Exhibit 2    ..........................  111
16                  Excerpt from Merger
                    Agreement
17     Exhibit 3    ..........................  146
                    Questionnaire
18     Exhibit 4    ..........................  246
                    Twitter Acquisition Tweep
19                  FAQ
       Exhibit 5    ..........................  260
20                  E-mail exchange between
                    Elon Musk and David Sacks
21                  with Jehn Balajadia and
                    Steve Davis copied
22     Exhibit 6    ..........................  264
                    Text Exchange
23     Exhibit 7    ..........................  294
                    Business Insider Article
24     Exhibit 8    ..........................  303
                    CNBC Article
25
```



| | | | |
|---|---|---|---|
| 1 | Exhibit 9 | ........................... PC Mag Article titled "Elon Musk is a Misogynist and it Matters" | 310 |
| 3 | Exhibit 10 | ........................... Business Insider Article | 315 |
| 4 | Exhibit 11 | ........................... CNN Article | 316 |
| 5 | Exhibit 12 | ........................... Rolling Stone Article | 318 |
| 6 | Exhibit 13 | ........................... Quartz Article | 321 |
| 7 | Exhibit 14 | ........................... Forbes Article | 326 |
| 8 | Exhibit 15 | ........................... Fox Business Article | 327 |
| 9 | Exhibit 16 | ........................... NBC News Article | 334 |
| 10 | Exhibit 17 | ........................... Tech Monitor Article | 336 |
| 11 | Exhibit 18 | ........................... E-mail from Dhruv Bataura to Elon Musk dated 5/15/23 | 337 |
| 13 | Exhibit 19 | ........................... Amended Complaint for Cornet case | 340 |
| 14 | Exhibit 20 | ........................... Executive Overview as of 11/2/22 | 372 |
| 16 | Exhibit 21 | ........................... Tab 4 - 2022-10-27 | 372 |
| 17 | Exhibit 22 | ........................... Tab 6 - 2022-10-31 | 372 |
| 18 | Exhibit 23 | ........................... Tab 8 - 2022-11-02A | 372 |
| 19 | Exhibit 24 | ........................... Tab 9 - 2022-11-03A | 372 |
| 20 | Exhibit 25 | ........................... Tab 11 - 2022-11-04A | 372 |
| 21 | Exhibit 26 | ........................... Tab 10 - 2022-11-03B | 372 |
| 22 | Exhibit 27 | ........................... Tab 16 - 2022-11-09 | 372 |
| 23 | Exhibit 28 | ........................... Tab 15 - 2022-11-05 | 372 |
| 24 | Exhibit 29 | ........................... Tab 36 - 2023-02-10 | 372 |
| 25 | Exhibit 30 | ........................... Tab 38 - 2023-02-22 | 372 |



```
                                                          Page 5
 1    Exhibit 31    ......................... 372
                   Tab 17 - 2022-11-10
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
                                                          Page 6
 1              THE VIDEOGRAPHER:  Today is May
 2        9th, 2024, and the time is 8:39 a.m.
 3        We are on the record.
 4              (Discussion off the record)
 5              THE VIDEOGRAPHER:  Will counsel    08:39:21
 6        and all parties present state their
 7        appearances and whom they represent.
 8              MS. LISS-RIORDAN:  For
 9        Claimant, I'm Shannon Liss-Riordan.
10        With me are --
11              MR. MANEWITH:  Bradley Manewith
12        for Claimant.
13              MR. FOWLER:  And Thomas Fowler,
14        also for Claimant.
15              MS. LISS-RIORDAN:  And we have    08:39:35
16        several other attorneys from our firm
17        attending by Zoom.  Jeremy Abay,
18        Samuel Davis, Matthew Carrieri --
19              MR. MANEWITH:  And Jack
20        Bartholet.                              08:39:47
21              THE REPORTER:  And -- pardon?
22              MR. MANEWITH:  Jack Bartholet.
23              THE REPORTER:  Okay.
24              MR. SPIRO:  This is Alex Spiro
25        on behalf of Mr. Musk, and present      08:39:50
```



```
                                                      Page 7
 1        with me is Adam Mehes from X.  On the
 2        line is Phil Jobe from Quinn Emanuel
 3        and Mary Hansbury from X.  Thank you.
 4                THE REPORTER:  Okay.
 5                MS. LISS-RIORDAN:  Please swear
 6        in the witness.
 7                     ELON MUSK,
 8   having been first duly sworn, testified as
 9   follows:
10                    EXAMINATION
11   BY MS. LISS-RIORDAN:
12        Q.   All right.  Good morning, Mr.
13   Musk.  Nice to meet you.
14        A.   Good morning.
15        Q.   I have heard a lot about you,      08:40:19
16   so nice to meet in person.
17             As you probably know, I'm going
18   to be asking you questions today about
19   various lawsuits and arbitrations that we
20   have brought against Twitter, now X.        08:40:31
21   Throughout this deposition, I may call
22   Twitter and X, I may use those terms
23   interchangeably.
24             But you understand that if I
25   refer to Twitter, I'm referring to the      08:40:42
```



```
                                                        Page 41
 1    violation of their NDA.  I think there would
 2    have been a fairly small percentage of
 3    people, but some were.
 4           Q.    Who did you ask to try to find
 5    those people?                                     09:16:34
 6           A.    I asked the info sec team.
 7                 THE REPORTER:  The what?
 8                 THE WITNESS:  The information
 9    security team.
10                 THE REPORTER:  Okay.
11                 THE WITNESS:  I just simply
12    said, "We clearly have people who are
13    violating the nondisclosure --
14    nondisclosure agreement, leaking
15    confidential information."                        09:16:55
16                 At one point, we had some
17    people actually put instructions on
18    how to delete the entire Twitter
19    database on the -- on the Slack
20    channel.                                          09:17:11
21                 THE REPORTER:  What?
22                 THE WITNESS:  How to delete and
23    destroy the company on the public
24    Slack channel.  Now, I'm sure you
25    would agree that such people should               09:17:20
```



Page 42

```
 1        not continue to be employed.
 2        Q.    (BY MS. LISS-RIORDAN)  Is
 3   there a --
 4        A.    Wouldn't you agree with that?
 5        Q.    Is there a -- is there a --           09:17:28
 6        A.    If somebody is -- say, were to
 7   describe in detail how to plant explosives in
 8   this building and blow it to smithereens
 9   while you are in it, you would probably
10   conclude that their employment should          09:17:42
11   terminate.
12        Q.    Are you referring to a -- is
13   there a command "aurora killall"?
14        A.    That's correct.
15        Q.    So there was someone who had        09:17:49
16   posted that on a Slack channel?
17        A.    Among other things.
18        Q.    Okay.  All right.  You're aware
19   that some people post things online that
20   are -- that are jokes, right?                  09:18:02
21        A.    Does that sound funny to you?
22        Q.    Well, I'm just -- I'm just
23   asking you.  You have posted that you try to
24   be humorous in your posts, right?
25        A.    I don't think being -- making       09:18:12
```



```
 1                JAMS ARBITRATION
           Before Arbitrator Michael Loeb, Esq.
 2
      KEENE NIEMACK,       )
 3        Claimant,        )
                           )
 4    VS.                  ) JAMS Ref No.: 1601002285
                           )
 5    TWITTER, INC.,       )
          Respondent.      )
 6
 7
                  REPORTER'S CERTIFICATION
 8                 DEPOSITION OF ELON MUSK
                       MAY 9, 2024
 9
10        I, DONNA WRIGHT, Certified Shorthand
11   Reporter in and for the State of Texas,
12   hereby certify to the following:
13        That the witness, ELON MUSK, was duly
14   sworn by the officer and that the transcript
15   of the oral deposition is a true record of
16   the testimony given by the witness;
17        That the deposition transcript was
18   submitted on _____, 2024, to the
19   witness or to the attorney for the witness
20   for examination, signature and return to me
21   by _____, 2024;
22        That the amount of time used by each
23   party at the deposition is as follows:
24        Ms. Shannon Liss-Riordan - 6 hr. 32 min.
          Mr. Alex Spiro - 3 min.
25
```



```
 1         That pursuant to information given to
 2    the deposition officer at the time said
 3    testimony was taken, the following includes
 4    counsel for all parties of record:
 5         Ms. Shannon Liss-Riordan, Mr. Bradley
      Manewith, and Mr. Thomas Fowler, Attorneys
 6    for Claimant;
            Mr. Alex Spiro and Mr. Phillip B. Jobe,
 7    Attorneys for Elon Musk;
            Mr. Adam G. Mehes, Attorney for X;
 8
 9         I further certify that I am neither
10    counsel for, related to, nor employed by any
11    of the parties or attorneys in the action in
12    which this proceeding was taken, and further
13    that I am not financially or otherwise
14    interested in the outcome of the action.
15         Further certification requirements
16    pursuant to Rule 203 of TRCP will be
17    certified to after they have occurred.
18         Certified to by me this _____ of
19    _____, 2024.
20
21
                    ___Donna Wright_____
22                  DONNA WRIGHT, Texas CSR 1971
                    Expiration Date:  11/30/24
23                  MAGNA LEGAL SERVICES
                    1635 Market Street, 8th Floor
24                  Philadelphia, PA  19103
                    Firm Registration No. 633
25
```



```
 1      FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2           The original deposition was/was not
 3      returned to the deposition officer on
 4      _____;
 5           If returned, the attached Changes and
 6      Signature page contains any changes and the
 7      reasons therefor;
 8           If returned, the original deposition
 9      was delivered to Ms. Shannon Liss-Riordan,
10      Custodial Attorney;
11           That $_____ is the deposition
12      officer's charges to the Claimant for
13      preparing the original deposition transcript
14      and any copies of exhibits;
15           That the deposition was delivered in
16      accordance with Rule 203.3, and that a copy
17      of this certificate was served on all parties
18      shown herein on and filed with the Clerk.
19           Certified to by me this _____ day
20      of _____, 2024.
21
22                       ____Donna Wright_____
                         MAGNA LEGAL SERVICES
23                       1635 Market Street, 8th Floor
                         Philadelphia, PA  19103
24                       Firm Registration No. 633
25
```

