SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Plaintiff Eitan Adler*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:     (415) 442-1000
Fax:           (415) 442-1001

*Attorneys for Defendant X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EITAN ADLER,<br><br>                    Plaintiff,<br><br>           v.<br><br>TWITTER, INC., and X CORP.<br><br>                    Defendants. | Case No. 3:23-cv-01788-JD<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**<br><br>**[PROPOSED] ORDER** |

Plaintiff Eitan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant collectively as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle of this matter and are in the process of memorializing the settlement terms in a written agreement.  Accordingly, the Parties jointly move to stay this matter, including all outstanding pre-trial deadlines, and continue the pending trial date.  In support of their motion, the Parties state:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiff's claims in this action.

2. Trial in this matter is scheduled to begin on September 17, 2025, and the final pretrial conference is scheduled for September 11, 2025.  Accordingly, the pretrial filings due

date, as defined by the Court's Standing Order, is currently August 28, 2025.

3. A hearing is also scheduled for August 28, 2025, regarding Plaintiff's Motion for Order Compelling Elon Musk to Appear and Testify at Trial and Defendant's Motion to Strike Plaintiff's Demand for Jury Trial.

4. The Parties are in the process of drafting a written agreement addressing the specific settlement terms but expect it may take a week or more to finalize and execute. Nonetheless, the Parties anticipate filing a stipulated dismissal under Rule 41 before the September 11, 2025, final pretrial conference.

WHEREFORE, the Parties respectfully request that the Court stay the case, including all pre-trial deadlines, for sixty (60) days and continue the trial date while they finalize their settlement agreement.

Respectfully submitted,

EITAN ADLER,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
sliss@llrlaw.com
bmanewith@llrlaw.com

X CORP.
By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
eric.meckley@morganlewis.com
brian.berry@morganlewis.com

Dated:       August 22, 2025

**[PROPOSED] ORDER**

This matter coming before the Court on the Parties' Notice of Settlement and Joint Motion to Stay, the Court hereby orders as follows:

1. This matter, including all outstanding pre-trial deadlines, is stayed for sixty (60) days and the trial date set for September 17, 2025, is hereby vacated and will be continued.

IT IS SO ORDERED.

Dated: _____    _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE