SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:    (415) 442-1000
Fax:          (415) 442-1001

*Attorneys for Plaintiff Eitan Adler*                    *Attorneys for Defendant X Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EITAN ADLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-01788-JD<br><br>**JOINT STIPULATION REGARDING SETTLEMENT** |

JOINT STIPULATION REGARDING SETTLEMENT

**JOINT STIPULATION**

Plaintiffs Eitan Adler ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiff's claims in this action.

2. On August 22, 2025, the Parties notified the Court that the Parties reached settlement in principle of this matter, noting that they expected to file a stipulated dismissal under Rule 41 within the next 30 days.

3. On August 25, 2025, the Court vacated all pretrial deadlines and conditionally dismissed the case without prejudice, and allowing 60 days for the Parties to file a notice if the settlement is not finalized before dismissing the case with prejudice.

4. As of this filing, the Parties have not finalized the settlement, but have made substantial progress and are working in good faith to diligently finalize the written settlement agreement.

5. The Parties now anticipate that the settlement agreement will be finalized by the end of February 2026.

WHEREFORE, the Parties respectfully request that the Court grant them until March 10, 2026, in which to file a motion to vacate the dismissal order should settlement not occur by that time.

Dated: October 24, 2025

Respectfully submitted,

EITAN ADLER,

By his attorneys,
*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com

1

2

3

4

5

6

7

8

9

Respectfully submitted,

X CORP.,

By its attorneys,
/s/ *Eric Meckley*
ERIC MECKLEY (SBN 168181)
eric.meckley@morganlewis.com
BRIAN D. BERRY (SBN 229893)
brian.berry@morganlewis.com
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

10

**FILER'S ATTESTATION**

11   Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and

12   on whose behalf this filing is submitted, concur in the document's content, and have authorized

13   the filing.

14

15

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on .

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan

JOINT STIPULATION REGARDING SETTLEMENT

**[PROPOSED] ORDER**

This matter coming before the Court on the Parties' Stipulation regarding Settlement, the Court hereby orders as follows:

1. The conditional dismissal without prejudice previously entered by the Court shall remain in effect; and

2. Any motion to vacate the dismissal order shall be filed by March 10, 2026.

IT IS SO ORDERED.

Dated: _____          _____
                                         Hon. James Donato
                                         District Court Judge